CAUSE NO. 201025245

RECEIPT NO. 6829          0.00      ATY
04-30-2010               TR # 72530519

PLAINTIFF: KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT          In The 234th
vs.                                                                   Judicial District Court
DEFENDANT: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC                 of Harris County, Texas
234TH DISTRICT COURT
Houston, TX

## TEMPORARY RESTRAINING ORDER

THE STATE OF TEXAS
County of Harris

TO: HALLIBURTON ENERGY SERVICES INC (DELAWARE CORPORATION)
BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEMS
350 N ST PAUL STREET SUITE 2900   DALLAS TX 75201

**FILED**
Loren Jackson
District Clerk
MAY -7 2010
Time:

GREETING:
WHEREAS, KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT, filed
TEMPORARY RESTRAINING ORDER

in the District Court of Harris County, Texas on the 30th day of April, 2010, as shown
by true copy of said Petition attached.
AND WHEREAS, the Honorable Judge of said court, upon presentation of said Petition to him,
entered his Order and Fiat as shown by a true copy of said Order and Fiat attached:
THEREFORE YOU ARE HEREBY COMMANDED TO OBEY EACH AND ALL THE TERMS OF SAID ORDER AND
FIAT, and that you cease and desist from doing each and all of the acts said Order and Fiat
restrains you from doing, until hearing on such application for temporary injunction to be
held before the Judge of said Court, on the 11th day of May, 2010 at 9 o'clock
P .M., in the 234th District Courtroom of the Courthouse of Harris County, in Houston
Texas, when and where you will appear and show cause, why said injunction should not be
issued as prayed for in said Petition, and why the other relief prayed for therein should not
be granted.
ISSUED AND GIVEN UNDER MY HAND and seal of said Court at my office in Houston, Harris
County, Texas, this the 30th day of April, 2010.
Issued at request of:                         LOREN JACKSON, District Clerk
GONZALEZ, ARTURO J.                           Harris County, Texas
300 FANNIN #200                               201 Caroline    Houston, Texas 77002
HOUSTON, TX 77002                             (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 225-1682
Bar No.: 8124050                              GENERATED BY: NERIE, JASON  4BJ/4BJ/8696020

### OFFICER'S RETURN

Came to hand on _____ MAY 5 , 2010 , at 10:00

o'clock A .M., and executed in __ DALLAS __ DALLAS County __ Texas by

delivering to the within named HALLIBURTON ENERGY SERVICES INC BY DELIVERING TO REGISTERED

AGENT CT CORPORATION SYSTEM in person, a copy of this Writ, having first endorsed thereon the

date of delivery, together with the accompanying true and correct copy of the Judge's Order

and Fiat, on the 5 day of __ MAY __ 2010 at 12:50 o'clock P .M., at

350 N. ST. PAUL SUITE 2900, DALLAS, TX 75201
(place of service)

NOT EXECUTED FOR THE FOLLOWING REASONS:

Returned: MAY 6 , 2010

Fees: $ _____                               County, Texas

by GUY A. CONNELLY SCH 2301

NO AFFIDAVIT

**AFFIDAVIT
ATTACHED**

Sworn to and subscribed before me, this 6 day of MAY , 2010 .

Notary Public

ANNA M. CONNELLY
Notary Public
STATE OF TEXAS
My Comm. Exp Mar 01 2011

CONFIRMED FILE DATE: 5/7/2010

Certified Document Number: 45257460 - Page 1 of 1



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:  ___45257460__ (Total Pages 1)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# EXHIBIT 15

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

RECEIPT NUMBER  6829                0.00
TRACKING NUMBER  72530511           ATY

CAUSE NUMBER  201025245
**2010-25245**

*p2*

| PLAINTIFF: | KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | In The  234th |
| vs. | | Judicial District Court of |
| DEFENDANT: | TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | Harris County, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

*PRECEPT/WRIT ATTACHED*

*FILED*

TO: HALLIBURTON ENERGY SERVICES INC (DELAWARE CORPORATION)
    BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEMS

    350 N ST PAUL STREET SUITE 2900  DALLAS TX 75201

Attached is a copy of __ PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY
RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE

This instrument was filed on the __30th__ day of __April__ _____, 20 __10__, in the
above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

   **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ____ day of
___April_____, 20 __10_.

*[seal: DISTRICT COURT OF HARRIS COUNTY TEXAS]*

**LOREN JACKSON, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
GONZALEZ, ARTURO J.
300 FANNIN #200
HOUSTON, TX 77002
Tel: (713) 225-1682
Bar Number: 8124050

Generated by: NERIE, JASON    4BJ/4BJ/8696028

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the ____ ____ day of _____, 20 ___, at ____ o'clock ___.M., endorsed
the date of delivery thereon, and executed it at _____, _____
                                                        (street address)                          (city)

in _____ County, Texas on the ____ ____ day of _____, 20 ____ at ____ o'clock ___.M.,
by delivering to _____ by delivering to its
                 (the defendant corporation named in citation)

_____, in person, whose name is _____,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached.
                                                 (description of petition, e.g., "Plaintiffs Original"

and with accompanying copies of _____
                                  (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the ____ day of ____ ____, 20 ___.

**AFFIDAVIT ATTACHED**

By: _____
     (signature of officer)

Printed Name: _____

As Deputy for: _____
               (printed name & title of sheriff or constable)

Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this ____ day of _____, 20 ___.

_____
Notary Public

N.INT.CITC.P

CONFIRMED FILE DATE: 5/7/2010

Certified Document Number: 45257459 - Page 1 of 2

**CAUSE NUMBER: 2010-25245**

STEPHEN STONE & SARA STONE
PLAINTIFF                                          IN THE DISTRICT COURT
                                                  HARRIS COUNTY, TEXAS
VS.                                               234TH JUDICIAL DISTRICT

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEP WATER HORIZON, BP PRODUCTS
NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL
CORPORATION D/B/A CAMERON SYSTEMS CORPORATION, AND MI SWACO
DEFENDANT

### AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, on this day **GUY CONNELLY**, personally appeared before me and stated
under oath as follows:

1. My name is **GUY CONNELLY**. I am over the age of eighteen (18), I am not a party to this case, and have
   no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on
   personal knowledge. The facts stated herein are true and correct. My business address is: **1301 Custer Rd,
   Suite 352-2020, Plano, TX 75075**

2. **ON 5/5/2010 10:00:00 AM – CITATION CORPORATE WITH PLAINTIFFS' PETITION IN
   INTERVENTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER & TEMPORARY
   INJUNCTION AND REQUEST FOR DISCLOSURE: ADDENDUM TO PLAINTIFFS STEPHEN
   STONE AND SARA STONE'S PETITION IN INTERVENTION CAME TO HAND.**

3. **ON 5/5/2010 2:50:00 PM** - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO:
   **HALLIBURTON ENERGY SERVICES, INC (DELAWARE CORPORATION) BY SERVING C T
   CORPORATION SYSTEM @ 350 NORTH ST PAUL STREET, DALLAS, TX 75201, BY
   CORPORATE SERVICE.**

**FURTHER AFFIANT SAYETH NOT.**

GUY CONNELLY
SCH#2201

**SWORN TO AND SUBSCRIBED** before me by **GUY CONNELLY** appeared on this ___6___ day of
____May____, 2010 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS                            2010.05.1125



ANNA M CONNELLY
Notary Public
STATE OF TEXAS
My Comm Exp Mar 01 2011



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ___45257459___ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

EXHIBIT 16

CAUSE NO. 201025245

RECEIPT  NO. 6829          0.00        ATY
04-30-2010                TR # 72530520

PLAINTIFF: KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT          In The  234th
             vs.                                                      Judicial District Court
DEFENDANT: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC                 of Harris County, Texas
                                                                     234TH DISTRICT COURT
                                                                     Houston, TX

TEMPORARY RESTRAINING ORDER

THE STATE OF TEXAS
County of Harris

TO: CAMERON INTERNATIONAL CORPORATION (D/B/A CAMERON SYSTEMS CORPORATION)
     (DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
     350 N ST PAUL ST SUITE 2900  DALLAS TX 75201

GREETING:
WHEREAS, KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT, filed
TEMPORARY RESTRAINING ORDER

in the District Court of Harris County, Texas on the 30th day of April, 2010, as shown
by true copy of said Petition attached.
AND WHEREAS, the Honorable Judge of said court, upon presentation of said Petition to him,
entered his Order and Fiat as shown by a true copy of said Order and Fiat attached:
     THEREFORE YOU ARE HEREBY COMMANDED TO OBEY EACH AND ALL THE TERMS OF SAID ORDER AND
FIAT, and that you cease and desist from doing each and all of the acts said Order and Fiat
restrains you from doing, until hearing on such application for temporary injunction to be
held before the Judge of said Court, on the 11th day of May, 2010 at 9 o'clock
A.M., in the 234th District Courtroom of the Courthouse of Harris County, in Houston
Texas, when and where you will appear and show cause, why said injunction should not be
issued as prayed for in said Petition, and why the other relief prayed for therein should not
be granted.
     ISSUED AND GIVEN UNDER MY HAND and seal of said Court at my office in Houston, Harris
County, Texas, this the 30th day of April, 2010.
Issued at request of:                              LOREN JACKSON, District Clerk
GONZALEZ, ARTURO J.                                Harris County, Texas
300 FANNIN #200                                    201 Caroline    Houston, Texas 77002
HOUSTON, TX 77002                                  (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 225-1682
Bar No.: 8124050                                   GENERATED BY: NERIE, JASON   4BJ/4BJ/8696020

OFFICER'S RETURN
     Came to hand on _____ May 5, 2010 _____, 2010, at 10:00 Am _____
o'clock A .M., and executed in _____ Dallas _____ Dallas County Texas by
delivering to the within named Cameron International Corporation By Delivering To
Registered Agent CT Corporation System
_____, in person, a copy of this Writ, having first endorsed thereon the
date of delivery, together with the accompanying true and correct copy of the Judge's Order
and Fiat, on the 5 day of _____ May _____, 2010, at 12:50 o'clock P .M., at
350 N. St. Paul, Suite 2900, Dallas, TX 75201 _____
                     (place of service)
NOT EXECUTED FOR THE FOLLOWING REASONS:
Returned: _____ May 6 _____, 2010 _____

Fees: $ _____                                      _____ County, Texas

                                     by _____ Guy C. Connelly 5GH2201 _____

     Sworn to and subscribed before me, this 6 day of _____ May _____, 2010.

                                                   _____ Notary Public

N.INT.TKOR.P

ANNA M CONNELLY
Notary Public
STATE OF TEXAS
My Comm. Exp. Mar. 01, 2011

FILED
Loren Jackson
District Clerk
MAY - 7 2010

CONFIRMED FILE DATE: 5/7/2010

Certified Document Number: 45257458 - Page 1 of 1



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ___ 45257458 ___ (Total Pages 1)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

EXHIBIT 17

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

RECEIPT NUMBER ___6829___ 0.00
TRACKING NUMBER ___72530512___ ATY

CAUSE NUMBER ___201025245___

*p 2*

| | |
|---|---|
| PLAINTIFF: KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | In The 234th |
| vs. | Judicial District Court of |
| DEFENDANT: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | Harris County, Texas |

**THE STATE OF TEXAS**
**County of Harris**

CITATION CORPORATE

**PRECEPT/WRIT**
**ATTACHED**

FILED
Loren Jackson
District Clerk
MAY - 7 2010
Time:_____
By:_____
Harris County, Texas
Deputy

TO: CAMERON INTERNATIONAL CORPORATION (D/B/A CAMERON SYSTEMS CORPORATION)
(DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM

350 N ST PAUL ST SUITE 2900  DALLAS TX 75201

Attached is a copy of ___PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY___
___RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE___

This instrument was filed on the ___30th___ day of ___April___, 20___10___, in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___30th___ day
___April___, 20___10___.

[seal: DISTRICT COURT OF HARRIS COUNTY TEXAS]

Issued at request of:
GONZALEZ, ARTURO J.
300 FANNIN #200
HOUSTON, TX 77002
Tel: (713) 225-1682
Bar Number: 8124050

**LOREN JACKSON, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

**Generated by: NERIE, JASON** 4BJ/4BJ/8696020

---

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20____, at _____ o'clock ____.M., endorsed

the date of delivery thereon, and executed it at _____, _____,
                                                                (street address)                                              (city)

in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ____.M.,

by delivering to _____, by delivering to its
                                    (the defendant corporation named in citation)

_____, in person, whose name is _____,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                                    (description of petition, e.g., "Plaintiffs Original"

and with accompanying copies of _____.
                                                            (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $_____

**AFFIDAVIT**
**ATTACHED**
Affiant Other Than Officer

By: _____ 5CH220l
                    (signature of officer)

Printed Name: _____

As Deputy for: _____
                            (printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____.

_____
Notary Public

N.INT.CITC.P

CONFIRMED FILE DATE: 5/7/2010

Certified Document Number: 45257456 - Page 1 of 2

**CAUSE NUMBER: 2010-25245**

STEPHEN STONE & SARA STONE
PLAINTIFF
                                  IN THE DISTRICT COURT
                                  HARRIS COUNTY, TEXAS

VS.
                                    234TH JUDICIAL DISTRICT

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEP WATER HORIZON, BP PRODUCTS
NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL
CORPORATION D/B/A CAMERON SYSTEMS CORPORATION, AND MI SWACO
DEFENDANT

### AFFIDAVIT OF SERVICE

**BEFORE ME.** the undersigned authority, on this day **GUY CONNELLY**, personally appeared before me and stated
under oath as follows:

1. My name is **GUY CONNELLY**. I am over the age of eighteen (18), I am not a party to this case, and have
   no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on
   *personal knowledge*. The facts stated herein are true and correct. My business address is: **1301 Custer Rd,
   Suite 352-2020, Plano, TX 75075.**

2. **ON 5/5/2010 @ 10:00 AM – CITATION CORPORATE WITH PLAINTIFFS' PETITION IN
   INTERVENTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER & TEMPORARY
   INJUNCTION AND REQUEST FOR DISCLOSURE: ADDENDUM TO PLAINTIFFS STEPHEN
   STONE AND SARA STONE'S PETITION IN INTERVENTION CAME TO HAND.**

3. **ON 5/5/2010 @ 2:50 PM - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO:
   CAMERON INTERNATIONAL CORPORATION (D/B/A CAMERON SYSTEMS CORPORATION)
   (DELAWARE CORPORATION) BY SERIVNG C T CORPORATION SYSTEM @ 350 NORTH ST
   PAUL STREET, DALLAS, TX 75201, BY CORPORATE SERVICE.**

### FURTHER AFFIANT SAYETH NOT.

GUY CONNELLY
SCH#2201

**SWORN TO AND SUBSCRIBED** before me by **GUY CONNELLY** appeared on this ___6___ day of
___May___, 2010 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2010.05.1126



ANNA M. CONNELLY
Notary Public
STATE OF TEXAS
My Comm Exp Mar 01, 2011

Certified Document Number: 45257456 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ___45257456__ (Total Pages 2)


LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

EXHIBIT 18

2

CONFIRMED FILE DATE : 5/7/2010

CAUSE NO. 2010-25245

| | | |
|---|---|---|
| STEPHEN STONE & SARA STONE, Plaintiffs, | § § § | IN THE DISTRICT COURT OF |
| vs. | § § § | |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEP WATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION, and MI SWACO, Defendants. | § § § § § § § § § § § | HARRIS COUNTY, TEXAS 234TH JUDICIAL DISTRICT |

87o3556

34-1
11-1
20-2

### DEFENDANT'S ORIGINAL ANSWER

Defendant, M-I. LLC d/b/a M-I Swaco ("M-I"), files this Original Answer to Plaintiffs' Petition in Intervention, and for cause would show unto the Court the following:

### I.

### GENERAL DENIAL

M-I denies the allegations in Plaintiffs' Petition in Intervention and respectfully requests and insists that Plaintiffs prove their charges and allegations by a preponderance of the credible evidence as is required under the Constitution and laws of the State of Texas.

### II.

M-I reserves the right to amend and plead other and further defenses in connection with Plaintiffs' accusations after a full investigation of the facts surrounding the charges made the basis of this suit.



**FILED**
Loren Jackson
District Clerk

MAY – 7 2010

Time: _____

Harris County, Texas

By _____
         Deputy

Certified Document Number: 45270006 - Page 1 of 2

1073514v1

WHEREFORE, PREMISES CONSIDERED, M-I, LLC d/b/a M-I Swaco prays for judgment herein, costs of court, and such other and further relief, either general or special, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

By: _____

Jeffrey S. Davis
Texas Bar No. 00783936
Audrey F. Momanaee
Texas Bar No. 24055993
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Telephone:    713.276.5500
Facsimile:    713.276.5555

**ATTORNEYS FOR DEFENDANT,
M-I, LLC D/B/A M-I SWACO**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the foregoing document has been forwarded by certified mail/return receipt requested and/or facsimile on this 7th day of May, 2010.

Mr. Brent W. Coon
Mr. Arthur J. Gonzalez
Mr. Gary M. Riebschlager
Brent Coon & Associates
300 Fannin, Suite 200
Houston, Texas 77002

_____
Jeffrey S. Davis

2

Certified Document Number: 45270006 - Page 2 of 2

1073514v.1



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____May 21, 2010_____

Certified Document Number: ____45270006__ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

EXHIBIT 19

05.1127

RECEIPT NUMBER   6829 ___  ___  ___ 0.00
TRACKING NUMBER   72530509 ___ ATY

CAUSE NUMBER   201025245

2010 - 25245

p2

| | |
|---|---|
| **PLAINTIFF:** KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | **In The** 234th |
| vs. | **Judicial District Court of** |
| **DEFENDANT:** TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | **Harris County, Texas** |

CERTIFIED FILE DATE: 5/6/2010

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

PREEMPTAWR
ATTACHED

FILED
Loren Jackson
District Clerk
MAY -6 2010
Time _____
Harris County, Texas
By _____ Deputy

TO: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC (CORPORATION)
BY SERVING ITS REGISTERED AGENT ERIC B BROWN

4 GREENWAY PLAZA  HOUSTON TX 77046

Attached is a copy of   PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY
RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE

This instrument was filed on the _____30th_____ day of _____April_____, 20 _10_, in the
above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

   **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this _____30th_____ day of
_____April_____, 20 _10_.

Issued at request of:
GONZALEZ, ARTURO J.
300 FANNIN #200
HOUSTON, TX 77002
Tel: (713) 225-1682
Bar Number:  8124050

**LOREN JACKSON, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

Generated by: NERIE, JASON   4BJ/4BJ/8696020

---

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20____, at_____ o'clock ___.M., endorsed
the date of delivery thereon, and executed it at _____, _____,
_____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ___. M.,
by delivering to _____, by delivering to its

(the defendant corporation named in citation)

_____, in person, AFFIDAVIT ATTACHED
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
(description of petition, e.g., "Plaintiffs Original"

and with accompanying copies of _____
(additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____   By: _____
(signature of officer)

Printed Name: _____

As Deputy for: _____
(printed name & title of sheriff or constable)

_Signature_   SCH #2516
Affiant Other Than Officer   Jayne Chacon

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

_____
Notary Public

N.INT.CITC.P

Certified Document Number: 45247627 - Page 1 of 2

**CAUSE NUMBER: 2010-25245**

STEPHEN STONE & SARA STONE

| | |
|---|---|
| PLAINTIFF | IN THE DISTRICT COURT |
| | HARRIS COUNTY, TEXAS |
| VS. | 234th JUDICIAL DISTRICT |

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,
DEEP WATER HORIZON, BP PRODUCTS NORTH AMERICA, INC.,
HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A
CAMERON SYSTEMS CORPORATION, AND MI SWACO

DEFENDANT

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day **JAYME CHACON**, personally appeared before me and stated under oath as follows:

1.  My name is **JAYME CHACON**. I am over the age of eighteen (18). I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **405 MAIN STREET, SUITE 550, HOUSTON, TX 77002.**

2.  **ON 5/3/2010 AT 3:32 P.M. – CITATION CORPORATE WITH PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE; ADDENDUM TO PLAINTIFFS STEPHEN STONE AND SARA STONE'S PETITION IN INTERVENTION; CAME TO HAND.**

3.  **ON 5/4/2010 AT 4:00 P.M. - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC (CORPORATION) C/O ERIC B. BROWN BY LEAVING WITH ROBBIE BRATT (MANAGER FACILITY AND RECORDS – AUTHORIZED TO ACCEPT SERVICE) AT 4 GREENWAY PLAZA, HOUSTON, TX 77046, BY CORPORATE SERVICE.**

## FURTHER AFFIANT SAYETH NOT.

JAYME CHACON
SCH#2516

SWORN TO AND SUBSCRIBED before me by JAYME CHACON appeared on this ___5___ day of ___MAY___, 2010 to attest witness my hand and seal of office.

AARON ROBERT CANTU
Notary Public, State of Texas
My Commission Expires
September 24, 2013

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2010.05.1127

Certified Document Number: 4524762 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:   45247627  (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

EXHIBIT 20

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

RECEIPT NUMBER ___6829_____ __0,00___
TRACKING NUMBER ___72530510_____ __ATY__

CAUSE NUMBER __201025245__
**2010-25245**

*p2*

| PLAINTIFF: | KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | In The   234th |
| vs. | | Judicial District Court of |
| DEFENDANT: | TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | Harris County, Texas |

CONFIRMED FILE DATE: 5/6/2010

### CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

**PRECEPT/WRIT ATTACHED**

TO: BP PRODUCTS NORTH AMERICA INC (DELAWARE CORPORATION)
      BY SERVING ITS REGISTERED AGENT PRENTICE HALL CORPORATION SYSTEM

      701 BRAZOS STREET 1050 AUSTIN TX 78701

      Attached is a copy of __PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY__ _____
      RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE

This instrument was filed on the ____30th__ day of ___April_____, 20 _10_, in the
above cited cause number and court. The instrument attached describes the claim against you.

      **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

      **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___30th__ day of
_____April_____, 20 _10_.

**FILED**
Loren Jackson
District Clerk
MAY - 6 2010
Harris County, Texas
Deputy

Issued at request of:
GONZALEZ, ARTURO
300 FANNIN #200
HOUSTON, TX 77002
Tel: (713) 224-1682
Bar Number: 8124050

**LOREN JACKSON, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: NERIE, JASON      4BJ/4BJ/8696020

---

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at _____ o'clock ____M., endorsed

the date of delivery thereon, and executed it at _____, _____,
                                                                        *(street address)*                                         *(city)*

in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ___M.,

by delivering to _____, by delivering to its
                              *(the defendant corporation named in citation)*

_____, in person, whose name is _____,
*(registered agent, president, or vice-president)*

a true copy of this citation, with a copy of the _____ Petition attached,
                                                                        *(description of petition, e.g., "Plaintiffs Original"*

and with accompanying copies of _____.
                                                          *(additional documents, if any, delivered with the petition)*

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____                    By: _____
                                                                  *(signature of officer)*
**AFFIDAVIT**
**ATTACHED**                       Printed Name: _____

Affiant Other Than Officer         As Deputy for: _____
                                                                      *(printed name & title of sheriff or constable)*

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

                                                          _____
                                                                        Notary Public

N.INT.CITC.P

Certified Document Number: 45247623 - Page 1 of 2

## Affidavit of Service
### Cause No. 201025245

Came to hand on the **05th** day of **May 2010** at **10:45 AM**
Cause No. **201025245**

Executed at **211 East 7th Street, Suite 620,   Austin Texas 78701**
With in the County of **Travis** at **11:06 AM** on **05th** day of **May, 2010** by
delivering to the within named:
  **BP Products North America Inc.,(Delaware Corporation)   by delivering to
its Registered Agent: Prentice Hall Corporation System, by delivering to its
designated agent: Sue Vertrees**

In person, a true copy of this **CITATION TOGETHER WITH PLAINTIFF'S PETITION
IN INTERVENTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER &
TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE AND ADDENDUM
TO PLAINTIFF'S STEPHEN STONE AND SARA STONE'S PETITION IN
INTERVENTION** , having first attached such copy of such Citation to such
copy of the Petition, and endorsed thereon, the date of delivery.
   I am not a party to or interested in the outcome of the suit referenced
above. I am authorized by written order to serve citation and other
notices. I am not less than (18) years of age.

By: *Barbara C. Stinnett*

**Stephen Stone & Sara Stone**

         **VS**

**Transocean Offshore
Deepwater Drilling, Inc. et. al.**

> Barbara C. Stinnett
> SCH000001181
> (Authorized Person)

**VERIFICATION**
STATE OF TEXAS
COUNTY OF TRAVIS
   BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Barbara C. Stinnett**, known to me to be the person whose name is
subscribed to the foregoing document and, being by me first duly sworn,
declared that the statements therein contained are true and correct.
Given under my hand and seal of office this **06th** day of **May** A. D., **2010**.

_____
NOTARY PUBLIC, STATE OF TEXAS



AARON ROBERT CANTU
Notary Public, State of Texas
My Commission Expires
September 24, 2013



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ___45247623___ (Total Pages 2)


LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT 21

05.1128

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

RECEIPT NUMBER ___6829___ ____0.00___
TRACKING NUMBER ___72530514___ ___ATY

CAUSE NUMBER ___201025245___
2010 - 25245

P2

| PLAINTIFF: | KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | In The 234th |
| vs. | | Judicial District Court of |
| DEFENDANT: | TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | Harris County, Texas |

CITATION CORPORATE   **PRECEPT/WRIT ATTACHED**   FILED
Loren Jackson
District Clerk

**THE STATE OF TEXAS**
County of Harris

Time ___
MAY - 2010
Harris County, Texas
Deputy

TO: MI SWACO (COMPANY OWNED BY SMITH INTERNATIONAL INC AND SCHLULEMBERGER
    LTD) BY SERVING ITS PRESIDENT CHRIS RIVAS

    5950 NORTH COURSE DRIVE   HOUSTON TX 77072

Attached is a copy of __PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY__
RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE

This instrument was filed on the ___30th___ day of ___April___ ___20___ 10 ___ in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation** was issued under my hand and seal of said Court, at Houston, Texas, this ___30th___ day of
___April___, 20 ___10___.

[seal: DISTRICT COURT OF HARRIS COUNTY TEXAS]

**LOREN JACKSON, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

Issued at request of:
GONZALEZ, ARTURO J.
300 FANNIN #200
HOUSTON, TX 77002
Tel: (713) 225-1682
Bar Number:   8124050

Generated by: NERIE, JASON   4BJ/4BJ/8696020

---

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at _____ o'clock ____.M., endorsed
the date of delivery thereon, and executed it at _____ , _____
                                                                    (street address)                              (city)

in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ____.M.,
by delivering to _____ , by delivering to its
                          (the defendant corporation named in citation)

_____ , in person, whose _____ ,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                              (description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____ .
                                                    (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the __ ___ day of _____, 20___ .

FEE: $ _____                        By: _____
                                                        (signature of officer)

                                      Printed Name: _____

_[signature]_ SCH #2516              As Deputy for: _____
Affiant Other Than Officer _Jayne Chacon_                  (printed name or title of sheriff or constable)

On this day, _____ , known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

                                                        _____
                                                                    Notary Public

N.INT.CITC.P

CONFIRMED FILE DATE: 5/6/2010
Certified Document Number: 45247625 - Page 1 of 2

**CAUSE NUMBER: 2010-25245**

STEPHEN STONE & SARA STONE

| | |
|---|---|
| PLAINTIFF | IN THE DISTRICT COURT |
| | HARRIS COUNTY, TEXAS |
| VS. | 234TH JUDICIAL DISTRICT |

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,
DEEP WATER HORIZON, BP PRODUCTS NORTH AMERICA, INC.,
HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A
CAMERON SYSTEMS CORPORATION, AND M1 SWACO

DEFENDANT

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day JAYME CHACON, personally appeared before me and stated under oath as follows:

1.  My name is **JAYME CHACON**. I am over the age of eighteen (18). I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **405 MAIN STREET, SUITE 550, HOUSTON, TX 77002.**

2.  **ON 5/3/2010 AT 3:32 P.M.** – CITATION CORPORATE WITH PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE; ADDENDUM TO PLAINTIFFS STEPHEN STONE AND SARA STONE'S PETITION IN INTERVENTION; CAME TO HAND.

3.  **ON 5/4/2010 AT 3:20 P.M.** - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: **M1 SWACO** (COMPANY OWNED BY SMITH INTERNATIONAL INC AND SCHLULEMBERGER LTD) C/O CHRIS RIVAS BY LEAVING WITH JOHN KELLY (SENIOR VICE-PRESIDENT) AT **5950 NORTH COURSE DRIVE, HOUSTON, TX 77072,** BY CORPORATE SERVICE.

### FURTHER AFFIANT SAYETH NOT.

JAYME CHACON
SCH#2516

**SWORN TO AND SUBSCRIBED** before me by **JAYME CHACON** appeared on this _____5_____ day of
_____May_____, 2010 to attest witness my hand and seal of office.

2010 MAY -5 AM 9: 13

BY_____
DEPUTY

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2010.05.1128

Certified Document Number: 45247625 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ___45247625__ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

EXHIBIT 22

CAUSE NO. 201025245

*p2*

RECEIPT  NO. 6829          0.00      ATY
04-30-2010               TR # 72530517

PLAINTIFF: KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT          In The  234th
       vs.                                                            Judicial District Court
DEFENDANT: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC                 of Harris County, Texas
                                                                      234TH DISTRICT COURT
                                                                      Houston, TX

TEMPORARY RESTRAINING ORDER

THE STATE OF TEXAS
County of Harris

TO: BP PRODUCTS NORTH AMERICA INC (DELAWARE CORPORATION)
    BY SERVING ITS REGISTERED AGENT PRENTICE HALL CORPORATION SYSTEM
    701 BRAZOS STREET 1050 AUSTIN TX 78701

GREETING:
WHEREAS, KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT, filed
TEMPORARY RESTRAINING ORDER

in the District Court of Harris County, Texas on the 30th day of April, 2010, as shown
by true copy of said Petition attached.
AND WHEREAS, the Honorable Judge of said court, upon presentation of said Petition to him,
entered his Order and Fiat as shown by a true copy of said Order and Fiat attached:
      THEREFORE YOU ARE HEREBY COMMANDED TO OBEY EACH AND ALL THE TERMS OF SAID ORDER AND
FIAT, and that you cease and desist from doing each and all of the acts said Order and Fiat
restrains you from doing, until hearing on such application for temporary injunction to be
held before the Judge of said Court, on the 11th day of May, 2010  at  9  o'clock
__.M., in the 234th District Courtroom of the Courthouse of Harris County, in Houston
Texas, when and where you will appear and show cause, why said injunction should not be
issued as prayed for in said Petition, and why the other relief prayed for therein should not
be granted.
      ISSUED AND GIVEN UNDER MY HAND and seal of said Court at my office in Houston, Harris
County, Texas, this the 30th day of April, 2010.
Issued at request of:                          LOREN JACKSON, District Clerk
GONZALEZ, ARTURO J.                            Harris County, Texas
300 FANNIN #200                                201 Caroline    Houston, Texas 77002
HOUSTON, TX 77002                              (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 225-1682
Bar No.: 8124050                               GENERATED BY: NERIE, JASON   4BJ/4BJ/8696020

OFFICER'S RETURN

      Came to hand on _____, _____, at _____

o'clock _____.M., and executed in _____ _____ Texas by

delivering to the within named _____

_____, in person, a copy of this Writ, having first endorsed thereon the

date of delivery, together with the accompanying true and correct copy of the Judge's Order

and Fiat, on the _____ day of ___ _____ ___.' _____' at _____ o'clock ____.M., at

_____
         (place of service)
NOT EXECUTED FOR THE FOLLOWING REASONS: _____

Returned: _____, _____ _____

Fees:  $_____          _____ County, Texas

                             by _____

      Sworn to and subscribed before me, this ____day of_____, ____.

_____

# AFFIDAVIT
# ATTACHED

N.INT.TROR.P                    Notary Public

Certified Document Number: 4524762 - Page 1 of 2
CERTIFIED FILE DATE: 5/6/2010

## Affidavit of Service
### Cause No. 201025245

Came to hand on the **05th** day of **May 2010** at **10:45 AM**
Cause No. **201025245**

Executed at **211 East 7th Street, Suite 620,   Austin Texas 78701**
With in the County of **Travis** at **11:06 AM** on **05th** day of **May, 2010** by delivering to the within named:
  **BP Products North America Inc.,(Delaware Corporation)   by delivering to its Registered Agent: Prentice Hall Corporation System, by delivering to its designated agent: Sue Vertrees**

In person, a true copy of this **PRECEPT TOGETHER WITH TEMPORARY RESTRAINING ORDER,** having first attached such copy of such Writ to such copy of the Petition, and endorsed thereon, the date of delivery.

   I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than (18) years of age.

By: _Barbara C. Stinnett_

**Stephen Stone & Sara Stone**

**VS**

**Transocean Offshore Deepwater Drilling, Inc. et. al.**

Barbara C. Stinnett
SCH000001181
(Authorized Person)

**VERIFICATION**
STATE OF TEXAS
COUNTY OF TRAVIS
   BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Barbara C. Stinnett,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office this **06th** day of **May** A. D., **2010**.

_____
NOTARY PUBLIC, STATE OF TEXAS

AARON ROBERT CANTU
Notary Public, State of Texas
My Commission Expires
September 24, 2013

Certified Document Number: 45247624 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____May 21, 2010_____

Certified Document Number:   __45247624__ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

EXHIBIT 23

05.1128

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

RECEIPT NUMBER __6829__ _____ __0.00__
TRACKING NUMBER __72530514__ _____ ATY

**CAUSE NUMBER** __201025245__
*2010-25245*                                          *P2*

| | | |
|---|---|---|
| **PLAINTIFF:** | KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | **In The** 234th |
| vs. | | **Judicial District Court of** |
| **DEFENDANT:** | TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | **Harris County, Texas** |

CONFIRMED FILE DATE: 5/6/2010

**THE STATE OF TEXAS**
**County of Harris**

CITATION CORPORATE **PRECEPT/WRIT FILED**
**ATTACHED**

Loren Jackson
District Clerk
Time _____
MAY -8 2010
Harris County, Texas
Deputy

TO: MI SWACO (COMPANY OWNED BY SMITH INTERNATIONAL INC AND SCHLULEMBERGER
LTD) BY SERVING ITS PRESIDENT CHRIS RIVAS

5950 NORTH COURSE DRIVE  HOUSTON TX 77072

Attached is a copy of __PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY__ .
__RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE__

This instrument was filed on the ____30th____ day of ____April____, ____ 10 __ in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ____30th____ day of
_____April_____, 20 __10__.

Issued at request of:
GONZALEZ, ARTURO J.
300 FANNIN #200
HOUSTON, TX 77002
Tel: (713) 225-1682
Bar Number: 8124050

[SEAL: DISTRICT COURT OF HARRIS COUNTY TEXAS]

**LOREN JACKSON, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

**Generated by:** NERIE, JASON   4BJ/4BJ/8696020

---

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at_____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____, _____,
(street address)                          (city)

in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ___. M.,

by delivering to _____, by delivering to its
(the defendant corporation named in citation)

_____, in person, whose _____,
(registered agent, president, or vice-president)



a true copy of this citation, with a copy of the _____ Petition attached,
(description of petition, e.g., "Plaintiffs Original"

and with accompanying copies of _____
(additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the __ ____ day of _____, 20____ .

FEE: $ _____                    By: _____
                                        (signature of officer)

                                   Printed Name: _____

_____ SCH #2516      As Deputy for: _____
Affiant Other Than Officer  *Jayne Chacon*        (printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

_____
Notary Public

N.INT.CITC.P

Certified Document Number: 45247625 - Page 1 of 2

**CAUSE NUMBER: 2010-25245**

STEPHEN STONE & SARA STONE

| | |
|---|---|
| PLAINTIFF | IN THE DISTRICT COURT |
| | HARRIS COUNTY, TEXAS |
| VS. | 234TH JUDICIAL DISTRICT |

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,
DEEP WATER HORIZON, BP PRODUCTS NORTH AMERICA, INC.,
HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A
CAMERON SYSTEMS CORPORATION, AND MI SWACO

DEFENDANT

## AFFIDAVIT OF SERVICE

**BEFORE ME,** the undersigned authority, on this day **JAYME CHACON**, personally appeared before me and stated under oath as follows:

1. My name is **JAYME CHACON**. I am over the age of eighteen (18). I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **405 MAIN STREET, SUITE 550, HOUSTON, TX 77002.**

2. **ON 5/3/2010 AT 3:32 P.M.** – CITATION CORPORATE WITH PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE; ADDENDUM TO PLAINTIFFS STEPHEN STONE AND SARA STONE'S PETITION IN INTERVENTION; CAME TO HAND.

3. **ON 5/4/2010 AT 3:20 P.M.** - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: **MI SWACO (COMPANY OWNED BY SMITH INTERNATIONAL INC AND SCHLULEMBERGER LTD) C/O CHRIS RIVAS BY LEAVING WITH JOHN KELLY (SENIOR VICE-PRESIDENT) AT 5950 NORTH COURSE DRIVE, HOUSTON, TX 77072, BY CORPORATE SERVICE.**

**FURTHER AFFIANT SAYETH NOT.**

_____
JAYME CHACON
SCH#2516

**SWORN TO AND SUBSCRIBED** before me by **JAYME CHACON** appeared on this ____5____ day of
____May_____, 2010 to attest witness my hand and seal of office.

2010 MAY -5  AM 9: 13

BY_____
     DEPUTY

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2010.05.1128



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ___45247625___ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT 24

051127A
p2

CAUSE NO. 201025245

RECEIPT  NO. 6829                                    0.00        ATY
                    04-30-2010                    TR # 72530515

PLAINTIFF: KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT     In The 234th
                    vs.                                           Judicial District Court
DEFENDANT: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC             of Harris County, Texas
                                                                  234TH DISTRICT COURT
                                                                  Houston, TX
                         TEMPORARY RESTRAINING ORDER

THE STATE OF TEXAS
County of Harris

TO: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC (CORPORATION)
    BY SERVING ITS REGISTERED AGENT ERIC B BROWN
    4 GREENWAY PLAZA  HOUSTON TX 77046

GREETING:
WHEREAS, KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT, filed
TEMPORARY RESTRAINING ORDER

in the District Court of Harris County, Texas on the 30th day of April, 2010, as shown
by true copy of said Petition attached.
AND WHEREAS, the Honorable Judge of said court, upon presentation of said Petition to him,
entered his Order and Fiat as shown by a true copy of said Order and Fiat attached.
    THEREFORE YOU ARE HEREBY COMMANDED TO OBEY EACH AND ALL THE TERMS OF SAID ORDER AND
FIAT, and that you cease and desist from doing each and all of the acts said Order and Fiat
restrains you from doing, until hearing on such application for temporary injunction to be
held before the Judge of said Court, on the 11th day of May, 2010 at 9 o'clock
A.M., in the 234th District Courtroom of the Courthouse of Harris County, in Houston
Texas, when and where you will appear and show cause, why said injunction should not be
issued as prayed for in said Petition, and why the other relief prayed for therein should not
be granted.
    ISSUED AND GIVEN UNDER MY HAND and seal of said Court at my office in Houston, Harris
County, Texas, this the 30th day of April, 2010.

issued at request of:                           LOREN JACKSON, District Clerk
GONZALEZ, ARTURO J.                             Harris County, Texas
300 FANNIN #200                                 201 Caroline    Houston, Texas 77002
HOUSTON, TX 77002                               (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 225-1682
Bar No.: 8134050                                GENERATED BY: NERIE, JASON   4BJ/4BJ/8696020

                              OFFICER'S RETURN

    Came to hand on _____ , at _____

o'clock _____ .M., and executed in _____ Texas by

delivering to the within named

_____ , in person, a copy of this Writ, having first endorsed thereon the

date of delivery, together with the accompanying true and correct copy of the Judge's Order

and Fiat, on the     day of _____ , at _____ o'clock _____ .M., at

_____ (place of service)

NOT EXECUTED FOR THE FOLLOWING REASONS: _____

Returned: _____

Fees:  $ _____                                       County, Texas

                                          by _____  SCH # 2516
                                             Jayme Chavon

    Sworn to and subscribed before me, this     day of _____ , _____

                                          _____
                                                  Notary Public

N.INT.TROR.P

## CAUSE NUMBER: 2010-25245

STEPHEN STONE & SARA STONE

PLAINTIFF                                             IN THE DISTRICT COURT
                                                     HARRIS COUNTY, TEXAS
VS.                                                  234th JUDICIAL DISTRICT

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,
DEEP WATER HORIZON, BP PRODUCTS NORTH AMERICA, INC.,
HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A
CAMERON SYSTEMS CORPORATION, AND MI SWACO

DEFENDANT

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day JAYME CHACON, personally appeared before me and stated under oath as follows:

1. My name is JAYME CHACON. I am over the age of eighteen (18). I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 405 MAIN STREET, SUITE 550, HOUSTON, TX 77002.

2. ON 5/3/2010 AT 3:32 P.M. – CITATION WITH THE ATTACHED CERTIFIED COPY OF TEMPORARY RESTRAINING ORDER: CAME TO HAND.

3. ON 5/4/2010 AT 4:00 P.M. - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC (CORPORATION) C/O ERIC B. BROWN BY LEAVING WITH ROBBIE BRATT (MANAGER FACILITY AND RECORDS – AUTHORIZED TO ACCEPT SERVICE) AT 4 GREENWAY PLAZA, HOUSTON, TX 77046, BY CORPORATE SERVICE.

FURTHER AFFIANT SAYETH NOT.

JAYME CHACON
SCH#2516

SWORN TO AND SUBSCRIBED before me by JAYME CHACON appeared on this _5_ day of ____MAY____, 2010 to attest witness my hand and seal of office.

AARON ROBERT CANTU
Notary Public, State of Texas
My Commission Expires
September 24, 2013

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2010.05.1127A

Certified Document Number: 4524762B - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:  45247628  (Total Pages 2)


LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS


In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

EXHIBIT 25

05.1127

RECEIPT NUMBER   6829         0.00
TRACKING NUMBER   72530509      ATY

CAUSE NUMBER   201025245

2010-25245

p2

**PLAINTIFF:** KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | **In The** 234th
vs. | **Judicial District Court of**
**DEFENDANT:** TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | **Harris County, Texas**

FILED
Loren Jackson
District Clerk
MAY 6 2010
Harris County, Texas
Deputy

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

PREEMPTANT
ATTACHED

TO: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC (CORPORATION)
BY SERVING ITS REGISTERED AGENT ERIC B BROWN

4 GREENWAY PLAZA  HOUSTON TX 77046

Attached is a copy of   PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY
RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE

This instrument was filed on the ____30th____ day of ____April____ , 20 _10_ , in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___30th___ day of
____April____ , 20 _10_ .

**LOREN JACKSON, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

Issued at request of:
GONZALEZ, ARTURO J.
300 FANNIN #200
HOUSTON, TX 77002
Tel: (713) 225-1682
Bar Number:   8124050

**Generated by: NERIE, JASON   4BJ/4BJ/8696020**

---

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20____, at_____ o'clock ____.M., endorsed
the date of delivery thereon, and executed it at _____, _____,
                                                            (street address)                                    (city)

in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ____.M.,
by delivering to _____, by delivering to its
                        (the defendant corporation named in citation)

_____, in person, _____,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                            (description of petition, e.g., "Plaintiffs Original"

and with accompanying copies of _____
                                                (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____         By: _____
                                            (signature of officer)

                        Printed Name: _____

_____  SC# #2516        As Deputy for: _____
Affiant Other Than Officer   Jayme Chacon                    (printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

_____
Notary Public

N.INT.CITC.P

CONFIRMED FILE DATE: 5/6/2010

Certified Document Number: 45247627 - Page 1 of 2

## CAUSE NUMBER: 2010-25245

STEPHEN STONE & SARA STONE

PLAINTIFF                                          IN THE DISTRICT COURT
                                                   HARRIS COUNTY, TEXAS
VS.                                                234th JUDICIAL DISTRICT

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,
DEEP WATER HORIZON, BP PRODUCTS NORTH AMERICA, INC.,
HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A
CAMERON SYSTEMS CORPORATION, AND MI SWACO

DEFENDANT

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day **JAYME CHACON**, personally appeared before me and stated under oath as follows:

1. My name is **JAYME CHACON**. I am over the age of eighteen (18). I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **405 MAIN STREET, SUITE 550, HOUSTON, TX 77002.**

2. **ON 5/3/2010 AT 3:32 P.M. – CITATION CORPORATE WITH PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE: ADDENDUM TO PLAINTIFFS STEPHEN STONE AND SARA STONE'S PETITION IN INTERVENTION: CAME TO HAND.**

3. **ON 5/4/2010 AT 4:00 P.M. - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC (CORPORATION) C/O ERIC B. BROWN BY LEAVING WITH ROBBIE BRATT (MANAGER FACILITY AND RECORDS – AUTHORIZED TO ACCEPT SERVICE) AT 4 GREENWAY PLAZA, HOUSTON, TX 77046, BY CORPORATE SERVICE.**

**FURTHER AFFIANT SAYETH NOT.**

JAYME CHACON
SCH#2516

SWORN TO AND SUBSCRIBED before me by JAYME CHACON appeared on this ___5___ day of _____MAY_____, 2010 to attest witness my hand and seal of office.

AARON ROBERT CANTU
Notary Public, State of Texas
My Commission Expires
September 24, 2013

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2010.05.1127

Certified Document Number: 45247627 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:   45247627  (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT 26

05.1128A
p2

CAUSE NO. 201025245

RECEIPT   NO. 6829          0.00        ATY
04-30-2010                        TR # 72530521

PLAINTIFF: KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT          In The  234th
              vs.                                                       Judicial District Court
DEFENDANT: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC                   of Harris County, Texas
                                                                        234TH DISTRICT COURT
                                                                        Houston, TX

TEMPORARY RESTRAINING ORDER

THE STATE OF TEXAS
County of Harris

TO: MI SWACO (COMPANY OWNED BY SMITH INTERNATIONAL INC AND SCHLULEMBERG
      LTD) BY SERVING ITS PRESIDENT CHRIS RIVAS
      5950 NORTH COURSE DRIVE   HOUSTON TX 77072

GREETING:
WHEREAS, KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT, filed
TEMPORARY RESTRAINING ORDER

in the District Court of Harris County, Texas on the 30th day of April, 2010, as shown
by true copy of said Petition attached.
AND WHEREAS, the Honorable Judge of said court, upon presentation of said Petition to him,
entered his Order and Fiat as shown by a true copy of said Order and Fiat attached:
   THEREFORE YOU ARE HEREBY COMMANDED TO OBEY EACH AND ALL THE TERMS OF SAID ORDER AND
FIAT, and that you cease and desist from doing each and all of the acts said Order and Fiat
restrains you from doing, until hearing on such application for temporary injunction to be
held before the Judge of said Court, on the 11th day of May, 2010 at 9  o'clock
A.M., in the 234th District Courtroom of the Courthouse of Harris County, in Houston
Texas, when and where you will appear and show cause, why said injunction should not be
issued as prayed for in said Petition, and why the other relief prayed for therein should not
be granted.
   ISSUED AND GIVEN UNDER MY HAND and seal of said Court at my office in Houston, Harris
County, Texas, this the 30th day of April, 2010.
Issued at request of:                         LOREN JACKSON, District Clerk
GONZALEZ, ARTURO J.                            Harris County, Texas
300 FANNIN #200                                201 Caroline    Houston, Texas 77002
HOUSTON, TX 77002                              (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 225-1682
Bar No.: 8124050                               GENERATED BY: NERIE, JASON   4BJ/4BJ/8696020

OFFICER'S RETURN
   Came to hand on _____ , _____ , at _____

o'clock _____.M., and executed in _____ Texas by

delivering to the within named _____

_____ , in person, a copy of this Writ, having first endorsed thereon the

date of delivery, together with the accompanying true and correct copy of the Judge's Order

and Fiat, on the _____ day of _____ , _____ , at _____ o'clock _____.M., at

_____
            (place of service)
NOT EXECUTED FOR THE FOLLOWING REASONS: _____

Returned: _____ , _____ _____ _____

Fees:  $_____                        _____ County, Texas

                                     by _____         SCH #2516
                                                                      Jayme Chacon
   Sworn to and subscribed before me, this _____ day of _____ , _____ ,

                                     _____
                                            Notary Public

N.INT.TROR P

Certified Document Number: 45247626 - Page 1 of 2
CONFIRMED FILE DATE: 5/6/2010

FILED
Loren Jackson
District Clerk
MAY - 6 2010
Time: 2010 MAY -5 A11 9:13
Harris County, Texas
BY _____ DEPUTY

CAUSE NUMBER: 2010-25245

STEPHEN STONE & SARA STONE

| | |
|---|---|
| PLAINTIFF | IN THE DISTRICT COURT |
| | HARRIS COUNTY, TEXAS |
| VS. | 234TH JUDICIAL DISTRICT |

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,
DEEP WATER HORIZON, BP PRODUCTS NORTH AMERICA, INC.,
HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A
CAMERON SYSTEMS CORPORATION, AND MI SWACO

DEFENDANT

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day **JAYME CHACON**, personally appeared before me and stated under oath as follows:

1.  My name is **JAYME CHACON**. I am over the age of eighteen (18). I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **405 MAIN STREET, SUITE 550, HOUSTON, TX 77002.**

2.  **ON 5/3/2010 AT 3:32 P.M. –** CITATION WITH THE ATTACHED CERTIFIED COPY OF TEMPORARY RESTRAINING ORDER: CAME TO HAND.

3.  **ON 5/4/2010 AT 3:20 P.M. -** THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: MI SWACO (COMPANY OWNED BY SMITH INTERNATIONAL INC AND SCHLULEMBERGER LTD) C/O CHRIS RIVAS BY LEAVING WITH JOHN KELLY (SENIOR VICE-PRESIDENT) AT 5950 NORTH COURSE DRIVE, HOUSTON, TX 77072, BY CORPORATE SERVICE.

## FURTHER AFFIANT SAYETH NOT.

JAYME CHACON
SCH#2516

SWORN TO AND SUBSCRIBED before me by JAYME CHACON appeared on this ____5____ day of
_____May_____, 2010 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2010.05.1128

2010 MAY -5 AM 9: 13

BY_____

Certified Document Number: 45247626 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:    45247626  (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# EXHIBIT 27

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

RECEIPT NUMBER ___ 6829 ____ _____ 0,00
TRACKING NUMBER ___ 72530510 _____ ATY

CAUSE NUMBER    201025245

2010-25245   P2

| PLAINTIFF: KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | In The    234th |
| vs. | Judicial District Court of |
| DEFENDANT: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | Harris County, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

✓

**PRECEPT/WRIT ATTACHED**

TO: BP PRODUCTS NORTH AMERICA INC (DELAWARE CORPORATION)
    BY SERVING ITS REGISTERED AGENT PRENTICE HALL CORPORATION SYSTEM

    701 BRAZOS STREET 1050 AUSTIN TX 78701

    Attached is a copy of __ PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY ___.
    RESTRAINING ORDER & TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE

This instrument was filed on the _____ 30th ___ day of ___ April _____, 20 __10__, in the
above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

   **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___ 30th ___ day of
_____ April _____, 20 __10__.

**FILED**
Loren Jackson
District Clerk

MAY - 6 2010

Harris County, Texas
Deputy

Issued at request of:
GONZALEZ, ARTURO
300 FANNIN #200
HOUSTON, TX 77002
Tel: (713) 228-1682
Bar Number: 8124050

**LOREN JACKSON, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

Generated by: NERIE, JASON    4BJ/4BJ/8696020

2010 MAY 6 ... ... BY _____ DEPUTY

---

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20____, at_____ o'clock ____.M., endorsed

the date of delivery thereon, and executed it at _____, _____,

                                                              (street address)                          (city)

in _____ County, Texas on the _____ day of _____ _____, 20____, at_____ o'clock ___. M.,

by delivering to _____, by delivering to its

                                  (the defendant corporation named in citation)

_____, in person, whose  name is _____,

(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,

                                                                  (description of petition, e.g., "Plaintiffs Original"

and with accompanying copies of _____.

                                                  (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____

By: _____

                    (signature of officer)

Printed Name: _____

**AFFIDAVIT ATTACHED**
Affiant Other Than Officer

As Deputy for: _____

                        (printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this __ _____ day of _____, 20 _____

_____
Notary Public

N.INT.CITC.P

CONFIRMED FILE DATE: 5/6/2010

Certified Document Number: 4524762 3 - Page 1 of 2

## Affidavit of Service
### Cause No. 201025245

Came to hand on the **05th** day of **May 2010** at **10:45 AM**
Cause No. **201025245**

Executed at **211 East 7th Street, Suite 620,   Austin Texas 78701**
With in the County of **Travis** at **11:06 AM** on **05th** day of **May, 2010** by
delivering to the within named:
  **BP Products North America Inc.,(Delaware Corporation)   by delivering to
  its Registered Agent: Prentice Hall Corporation System, by delivering to its
  designated agent: Sue Vertrees**

In person, a true copy of this **CITATION TOGETHER WITH PLAINTIFF'S PETITION
IN INTERVENTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER &
TEMPORARY INJUNCTION AND REQUEST FOR DISCLOSURE AND ADDENDUM
TO PLAINTIFF'S STEPHEN STONE AND SARA STONE'S PETITION IN
INTERVENTION** , having first attached such copy of such Citation to such
copy of the Petition, and endorsed thereon, the date of delivery.
    I am not a party to or interested in the outcome of the suit referenced
above. I am authorized by written order to serve citation and other
notices. I am not less than (18) years of age.

By: _Barbara C. Stinnett_

**Stephen Stone & Sara Stone**

**VS**

**Transocean Offshore
Deepwater Drilling, Inc. et. al.**

> Barbara C. Stinnett
> SCH000001181
> (Authorized Person)

**VERIFICATION**
STATE OF TEXAS
COUNTY OF TRAVIS
    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Barbara C. Stinnett**, known to me to be the person whose name is
subscribed to the foregoing document and, being by me first duly sworn,
declared that the statements therein contained are true and correct.
Given under my hand and seal of office this **06th** day of **May** A. D., **2010**.

_____
NOTARY PUBLIC, STATE OF TEXAS



AARON ROBERT CANTU
Notary Public, State of Texas
My Commission Expires
September 24, 2013

Certified Document Number: 4524762.3 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ___45247623___ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT 28





CAUSE NO. 2010-25245

| | | |
|---|---|---|
| TRACY KLEPPINGER, Individually | § | IN THE DISTRICT COURT OF |
| and as Representative of the Estate of | § | |
| KARL KLEPPINGER, Jr. and as next | § | |
| friend of AARON THOMAS | § | |
| KLEPPINGER, a minor child | § | |
| | § | |
| VS. | § | HARRIS COUNTY, T E X A S |
| | § | |
| TRANSOCEAN OFFSHORE | § | |
| DEEPWATER DRILLING, INC., | § | |
| DEEPWATER HORIZON, and | § | |
| BP PRODUCTS NORTH AMERICA, | § | |
| INC. | § | 234th JUDICIAL DISTRICT |

## PLAINTIFFS' FOURTH AMENDED ORIGINAL PETITION
### and REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, TRACY KLEPPINGER, Individually and as Representative of the Estate of KARL KLEPPINGER, JR. and as Next Friend of AARON THOMAS KLEPPINGER, a minor child, Plaintiffs, complaining of and against TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION, MI SWACO, TRITON ASSET LEASING GMBH, TRITON HUNGARY ASSET MANAGEMENT LIMITED LIABILITY COMPANY, TRITON HUNGARY ASSET MANAGEMENT KFT and TRANSOCEAN HOLDINGS, L.L.C., Defendants herein, and for cause of action, would respectfully show as follows:

### A. Discovery Control Plan

1.      Plaintiffs intend to conduct discovery under Level 3 pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

1

Certified Document Number: 45248191 - Page 1 of 11

CONFIRMED FILE DATE: 5/5/2010

## B. Parties

2.     Plaintiff, TRACY KLEPPINGER, is an individual and is the wife of Karl Kleppinger, Jr. and is the mother of Aaron Thomas Kleppinger, the son of Karl Kleppinger, Jr.

3.     Defendant, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. is a Corporation domiciled at 4 Greenway Plaza, Houston, Harris County, Texas and conducting business in the State of Texas, and can be served with process by serving its registered agent for service of process, Eric B. Brown, at 4 Greenway Plaza, Houston, Texas 77046.

4.     Defendant, BP PRODUCTS NORTH AMERICA, INC. is a Maryland corporation but may be served with process by serving its registered agent for service of process in Texas, Prentice Hall Corp System at 211 E. 7TH Street, Suite 620 in Austin, Texas 78701.

5.     Defendant, HALLIBURTON ENERGY SERVICES, INC., (hereinafter referred to as "Halliburton"), is a Delaware corporation with a principal place of business in Houston, Harris County, Texas and may be served with process by serving its registered agent for service of process C.T. Corporation Systems, 350 N. St. Paul Street, Suite 2900, Dallas, Texas, 75201.

6.     DEFENDANT, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION (hereinafter referred to as "Cameron"), is a Delaware corporation whose principal place of business is Houston, Harris County, Texas and may be served with process by serving its registered agent for service of process in Texas, CT Corporation System, 350 N. St. Paul St., Suite 2900, Dallas, TX 75201.

7.     Defendant MI SWACO is a Texas joint venture company owned by Smith International, Inc., and Schlulemberger, Ltd., (hereinafter referred to as "MI Swaco"), with its principal place of business at 5950 North Course Drive, Houston, Texas 77072 and may be served by serving its President, Chris Rivas at 5950 North Course Drive, Houston, Texas 77072.

2

Certified Document Number: 45248191 - Page 2 of 11

8.      Defendant TRITON ASSET LEASING GmbH may be served in accordance with The HAGUE Convention and any all other lawful means.  On information and belief TRITON ASSET LEASING GmbH is a Swiss entity, however, counsel for Transocean has indicated that they may be a Hungarian entity, in either case, they will be served pursuant to The Hague Convention and any other lawful method.

9.      Defendant TRITON HUNGARY ASSET MANAGEMENT LIMITED LIABILITY COMPANY may be served in accordance with The HAGUE Convention and any other lawful method.

10.     Defendant TRITON HUNGARY ASSET MANAGEMENT KFT may be served in accordance with The HAGUE Convention and any other lawful method.

11.     Defendant TRANSOCEAN HOLDINGS, L.L.C. may be served by serving its President, John H. Briscoe, at 4 Greenway Plaza, Suite 700, Houston, Texas 77046.

12.     Defendant TRANSOCEAN DEEPWATER, INC. may be served by serving its registered agent, Capitol Services, Inc., 615 South Dupont Highway, Dover, DE 19901.

### C. Venue

13.     Venue is proper in Harris County, Texas pursuant to Texas Civil Practice & Remedies §15.0181(c)(1) because Defendant TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.'s principal office in this state is located in Harris County, Texas.

### D. Jurisdiction

14.     This is an admiralty and maritime claim within the jurisdiction of this Honorable Court.

15.     Karl Kleppinger, Jr. was a seaman and this action is brought pursuant to Title 46 U.S.C. §30104, *et. seq.* and pursuant to the admiralty and general maritime laws of the United States. This Court has concurrent jurisdiction.

Certified Document Number: 45248191 - Page 3 of 11

### E. Factual Summary

16.     Plaintiffs would show that this lawsuit has become necessary as a result of an incident, which occurred on or about April 20, 2010.  On said date, Karl Kleppinger, Jr. was employed by Defendants, TRANSOCEAN DEEPWATER, INC. and/or TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. and/or TRITON ASSET LEASING GMBH and/or TRANSOCEAN HOLDINGS, L.L.C. and/or TRITON HUNGARY ASSET MANAGEMENT LIMITED LIABILITY COMPANY and/or TRITON HUNGARY ASSET MANAGEMENT KFT as a seaman and was assigned as a member of the crew on board the *DEEPWATER HORIZON*, a vessel within the meaning of 46 U.S.C. § 30104, *et. seq.* Karl Kleppinger, Jr.'s duties contributed to the mission of the *DEEPWATER HORIZON*, which is a semi-submersible drilling rig which was in navigation on April 20, 2010 at the time of the incident.

16.     Halliburton was contracted to provide offshore oilfield drilling services to the rig *DEEPWATER HORIZON* by Transocean and/or BP. Upon information and belief Halliburton set or otherwise attempted to set a cement plug in violation of industry protocol and policies thus allowing gas to escape around the cement plug or plugs, ultimately resulting in a blowout, ignition and deadly explosion.

17.     MI Swaco was contracted to provide drilling fluid services to the rig *DEEPWATER HORIZON*, owned by Transocean and leased to BP. M.I. Swaco in conjunction with Halliburton failed to maintain appropriate drilling fluid weight before and during the cement operation, thus allowing gas to escape ignite, ultimately resulting in a deadly explosion.

18.     Transocean Deepwater, Inc., Triton Asset Leasing GmbH and/or Transocean Holdings, L.L.C. and/or Transocean Offshore Deepwater Drilling, Inc. and/or Triton Hungary Asset Management Limited Liability Company were the owners and/or operators of the *DEEPWATER*

4

*HORIZON* at the time of the subject incident.

19.     On or about April 20, 2010, while working in the course and scope of his employment for Defendants, an explosion and fire occurred on the *DEEPWATER HORIZON*. Plaintiffs will show that Defendants were negligent and such negligence was a proximate and/or producing cause of the incident and the resulting damages.

20.     As of the time of this filing, Karl Kepplinger, Jr. is still lost at sea and he is presumed dead. This pleading will be amended upon discovery of additional information.

## F. CAUSES OF ACTION

21.     At all relevant times, Karl Kleppinger, Jr. was in the course and scope of his employment with the Defendants. The actions and/or inactions of these Defendants, and/or their officers, agents and/or employees constitute negligence. The negligence of these Defendants was a proximate and/or producing cause of the Plaintiffs' damages.

22.     Defendants TRANSOCEAN DEEPWATER, INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., *DEEPWATER HORIZON*, BP PRODUCTS NORTH AMERICA, INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRITON ASSET LEASING GMBH, TRITON HUNGARY ASSET MANAGEMENT LIMITED LIABILITY COMPANY, TRITON HUNGARY ASSET MANAGEMENT KFT and TRANSOCEAN HOLDINGS, L.L.C. owed a duty to Karl Kleppinger, Jr. to maintain the vessel in a safe and seaworthy condition. However, Plaintiffs will show that the *DEEPWATER HORIZON* was unseaworthy and that said unseaworthiness was a proximate and/or producing cause of the incident and resulting damages.

23.     **TRANSOCEAN ENTITIES**

Transocean was negligent in the following non-exclusive particulars:

a.      Failing to provide Karl Kleppinger, Jr. with a safe place to work; and requiring Karl

Certified Document Number: 4524819 I - Page 5 of 11

Kleppinger, Jr. to work in unsafe conditions;

    b.    Failing to provide sufficient personnel to perform operations aboard the vessel;

    c.    Failing to properly follow drilling protocols and policies, proper well monitoring and control practices;

    d.    Failing to exercise due care and caution;

    e.    Failing to avoid this accident;

    f.    Failing to provide Karl Kleppinger, Jr. with a seaworthy vessel; and

    g.    Other acts of negligence which will be shown more fully at trial.

24.    **BP AND BP PRODUCTS**

BP was negligent in the following non-exclusive particulars:

    a.    Failing to properly train and/or supervise its crew and other employees;

    b.    Failing to ensure that its crew worked in a safe and prudent manner;

    c.    Failing to provide Karl Kleppinger, Jr. with a safe place to work, and requiring Karl Kleppinger, Jr. to work in unsafe conditions;

    d.    Failing to exercise due care and caution;

    e.    Failing to provide Karl Kleppinger, Jr. with a seaworthy vessel;

    f.    Drilling at a depth which it was not permitted to drill at; and

    g.    Other acts of negligence which will be shown more fully at trial.

25.    **HALLIBURTON**

Halliburton was negligent in the following non-exclusive particulars:

    a.    Failing to properly set cement plugs;

    b.    Failing to maintain pressure during cement operation;

    c.    Failing to use adequate material for cement services;

Certified Document Number: 45248191 - Page 6 of 11

d.      Failing to follow industry protocol and procedures for setting cement plugs;

e.      Failing to prevent escape of gas or combustible hydrocarbons to the surface;

f.      Attempting to carry out drilling operations with substandard and defective cement casing; and

g.      Other acts of negligence which will be shown more fully at trial.

26.    **MI SWACO**

MI Swaco was negligent in the following non-exclusive particulars:

a.      Failing to monitor pressure of wells;

b.      Failing to use adequate weight drilling fluid to prevent gas escape;

c.      Failing to follow industry protocol and procedure during plug completion phases;

d.      Use of sea water as weight and gas control medium during drilling and completion processes;

e.      Attempting to carry out drilling operations with substandard and defective cement casing; and

f.      Other acts of negligence which will be shown more fully at trial.

27.    **CAMERON INTERNATIONAL CORPORATION**

Cameron International Corporation was negligent in the following non-exclusive particulars:

a.      Failing to provide adequate subsea flow control devices;

b.      Failing to properly engineer the subsea gas flow control devices;

c.      Failing to properly install a subsea gas flow control devices;

d.      Failing to properly monitor the subsea engineering and gas flow control devices;

e.      Placing into the stream of commerce a defective blowout preventer which was unfit for the purpose of which it was intended; and

Certified Document Number: 45248191 - Page 7 of 11

f.      Other acts of negligence which will be shown more fully at trial.

28.   **TRITON ASSET LEASING GmbH, TRITON HUNGARY ASSET MANAGEMENT LIMITED LIABILITY COMPANY and TRITON HUNGARY ASSET MANAGEMENT KFT**

Triton Asset Leasing GmbH, Triton Hungary Asset Management Limited Liability Company and Triton Hungary Asset Management KFT were negligent in the following non-exclusive particulars:

a.      Failing to provide Karl Kleppinger, Jr. with a safe place to work; and requiring Karl Kleppinger, Jr. to work in unsafe conditions;

b.      Failing to provide sufficient personnel to perform operations aboard the vessel;

c.      Failing to properly follow drilling protocols and policies, proper well monitoring and control practices;

d.      Failing to exercise due care and caution;

e.      Failing to avoid this accident;

f.      Failing to provide Karl Kleppinger, Jr. with a seaworthy vessel; and

g.      Other acts of negligence which will be shown more fully at trial.

### G.   GROSS NEGLIGENCE

29.   Plaintiffs further assert that the incident forming the basis of this suit was proximately caused by the willful acts and omissions and gross negligence in the performance of the duties of the Defendants. Defendants' conduct was grossly negligent in that it was carried out with a flagrant disregard for the rights of others and with actual awareness on the part of Defendants that their actions may result in serious bodily injury and/or death.

Certified Document Number: 45248191 - Page 8 of 11

## H.     ESTOPPEL OF BP

30.     Equitable estoppel is used to prevent a party from taking a legal position inconsistent with an earlier statement or action that places his adversary at a disadvantage. See *W. Keeton, D. Dobbs, R. Keeton & D. Owen, Prosser and Keeton on the Law of Torts* Sec. 105, at 733 (5th ed. 1984). The purpose of the doctrine of equitable estoppel is to ensure that no one will be permitted to "take advantage of his own wrong." *R.H. Stearns Co. v. United States*, 291 U.S. 54, 62, 54 S.Ct. 325, 328, 78 L.Ed. 647 (1934). The traditional elements of equitable estoppel are: (1) the party to be estopped must know the facts; (2) the party to be estopped must intend that his conduct will be acted upon or must so act that the party asserting the estoppel has the right to believe that it was so intended; (3) the party asserting the estoppel must be ignorant of the true facts; and (4) the party asserting the estoppel must rely on the other party's conduct to his injury. *Che-Li Shen v. INS*, 749 F.2d 1469, 1473 (10th Cir.1984). In the recent days just prior to the filing of Plaintiffs' Second Amended Petition, Defendant BP publicly acknowledged and accepted responsibility for this horrific event and should, therefore, be estopped from denying liability herein

## I. DAMAGES

31.     TRACY KLEPPINGER was the wife of Karl Kleppinger, Jr.   AARON THOMAS KLEPPINGER is the minor child of Karl Kleppinger, Jr. Plaintiffs sue for all damages to which they are entitled by law.

32.     Plaintiffs seek punitive damages for the gross negligence of the Defendants.

33.     Plaintiffs will show that Karl Kleppinger, Jr. suffered intense pain, suffering and mental anguish in the moments prior to his death. The Estate of Karl Kleppinger, Jr. seeks recovery of all damages to which it is entitled under the law.

Certified Document Number: 45248191 - Page 9 of 11

## J. REQUEST FOR DISCLOSURE

34.   **Pursuant to Rule 194 of the Texas Rules of Civil Procedure, each Defendant is requested to disclose, within fifty (50) days after service of this request upon each Defendant, the information or material described in Rule 194.2(a) through (l).**

## K. JURY DEMAND

35.   Plaintiffs demand a trial by jury.  A jury fee is being paid contemporaneously with the filing of this Petition.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that, after trial on the merits, Plaintiffs have judgment against Defendants both jointly and severally for the following:

a.   a sum in excess of the minimum jurisdictional limits of this Honorable Court;
b.   pre-judgment interest thereon at the maximum legal rate;
c.   post-judgment interest thereon at the maximum legal rate;
d.   costs of Court; and,
e.   such other and further relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

GORDON, ELIAS, & SEELY L.L.P.

By: _____
    Steven J. Gordon
    SBN: 08207980
    R. Todd Elias
    SBN: 00787427
    Jeffrey R. Seely
    SBN 24033172
    5821 Southwest Freeway, Suite 422
    Houston, Texas 77057
    (713) 668-9999
    (713) 668-1980 (Fax)

ATTORNEYS FOR PLAINTIFFS

10

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been provided to all counsel of record by facsimile transmission, certified mail, return receipt requested or hand delivery on this the 5th day of May, 2010.

Brent W. Coon
Arthur J. Gonzalez
Gary M. Riebschlager
BRENT COON & ASSOCIATES
300 Fannin, Suite 200
Houston, Texas 77002

Steven J. Gordon

Certified Document Number: 45248191 - Page 11 of 11



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:  ___ 45248191 _ (Total Pages 11)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# EXHIBIT 29

CONFIRMED FILE DATE: 4/30/2010

P-12

**FILED**
Loren Jackson
District Clerk

APR 30 2010

Time: 9:16 AM

By _____
Deputy

**CAUSE NO. 2010-25245**

| | | |
|---|---|---|
| STEPHEN STONE & SARA STONE, | § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | |
| DRILLING, INC., DEEP WATER | § | |
| HORIZON, BP PRODUCTS NORTH | § | **HARRIS COUNTY, TEXAS** |
| AMERICA, INC., HALLIBURTON | § | |
| ENERGY SERVICES, CAMERON | § | |
| INTERNATIONAL CORPORATION | § | |
| D/B/A CAMERON SYSTEMS | § | |
| CORPORATION, and MI SWACO | § | |
| *Defendants,* | § | **234TH JUDICIAL DISTRICT** |

## PLAINTIFFS' PETITION IN INTERVENTION, APPLICATION FOR TEMPORARY RESTRAINING ORDER & TEMPORARY INJUCTION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Stephen Stone and Sara Stone, referred to as Plaintiffs, complaining of and against TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO Defendants herein, and for cause of action, would respectfully show unto the Court as follows:

### A. DISCOVERY CONTROL PLAN

1.      Plaintiffs intend to conduct discovery under Level 3 pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

Certified Document Number: 45191007 - Page 1 of 12

## B. PARTIES

2.      Plaintiffs, Stephen Stone and Sara Stone are residents of Harris County, Texas and bring this suit in their individual capacity.

3.      Defendant, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., (hereinafter referred to as "Transocean"), is a corporation domiciled at 4 Greenway Plaza, Houston, Harris County, Texas and conducting business in the State of Texas, and can be served with process by serving its registered agent for service of process, Eric B. Brown, at 4 Greenway Plaza, Houston, TX 77046.

4.      Defendant, BP Products North America, Inc., ("hereinafter referred to as "BP"), is a Delaware corporation doing business in the State of Texas. Its registered agent for service of process in the State of Texas is Prentice Hall Corporation System, 701 Brazos Street, #1050, Austin, Texas 78701.

5.      Defendant, Halliburton Energy Services, Inc., (hereinafter referred to as "Halliburton"), is a Delaware corporation with a principal place of business in Houston, Harris County, Texas and may be served with process by serving its registered agent for service of process C.T. Corporation Systems, 350 N. St. Paul Street, Suite 2900, Dallas, Texas, 75201.

6.      Defendant, Cameron International Corporation d/b/a Cameron Systems Corporation (hereinafter referred to as Cameron), is a Delaware corporation whose principle place of business is in Houston, Harris County, Texas and may be served with process by serving its registered agent for service of process in Texas, CT Corporation System, 350 N. St. Paul St., Suite 2900, Dallas, TX 75201.

Certified Document Number: 45191007 - Page 2 of 12

7.    Defendant MI Swaco is a Texas joint venture company owned by Smith International, Inc., and Schlulemberger, Ltd., (hereinafter referred to as "MI Swaco"), with its principal place of business at 5950 North Course Drive, Houston, Texas, 77072 and may be served with process by serving its President, Chris Rivas at 5950 North Course Drive, Houston, Texas 77072.

## C. VENUE

8.    Venue is proper in Harris County, Texas, pursuant to Texas Civil Practice and Remedies §15.0181(c)(1) because Defendant TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.'s, principal office in this state is located in Harris County, Texas.

## D. JURISDICTION

9.    This is an admiralty and maritime claim within the jurisdiction of this Honorable Court.

10.   Stephen Stone, was a seaman and this action is brought pursuant to Title 46 U.S.C. §688, *et. seq.* and pursuant to the admiralty and general maritime laws of the United States. This Court has concurrent jurisdiction.

## E. INTERVENTION

11.   Plaintiffs would show that this lawsuit arises out of the same transaction and occurrences as *Tracy Kleppinger v. Transocean Offshore Deepwater Drilling, Inc. et al.,* Cause No. 2010-25245 and that this intervention is proper pursuant to Rule 60 of the Texas Rules of Civil Procedure.

Certified Document Number: 45191007 - Page 3 of 12

## F. FACTUAL SUMMARY

12.    Plaintiffs would show that this lawsuit has become necessary as a result of an incident which occurred on or about April 20, 2010. On said date, Stephen Stone was employed by Defendant, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., as a seaman and was assigned as a member of the crew on board the DEEPWARTER HORIZON, a vessel within the meaning of 46 U.S.C. § 30104, et. seq. Steven Stone's duties contributed to the mission of the DEEPWATER HORIZON, which is a semi-submersible drilling rig which was in navigation on April 20, 2010 at the time of the incident.

13.    Halliburton was contracted to provide cement services to the rig Deepwater Horizon by Transocean and/or BP. Upon information and belief Halliburton set or otherwise attempted to set a cement plug at the end of the drilling phase but failed to properly set the plug in violation of industry protocol and policies thus allowing gas to escape around the cement plug or plugs, ultimately resulting in a blowout, ignition and deadly explosion.

14.    MI Swaco was contracted to provide drilling fluid services to the rig Deepwater Horizon, owned by Transocean and leased to BP.   M.I. Swaco in conjunction with Halliburton failed to maintain appropriate drilling fluid weight before and during the cement operation, thus allowing gas to escape ignite, ultimately resulting in a deadly explosion.

15.    On or about April 20, 2010, while Plaintiff, Stephen Stone working in the course and scope of his employment on the Deepwater Horizon, a deadly explosion and fire

Certified Document Number: 45191007 - Page 4 of 12

occurred. Plaintiffs will show that Defendants, were jointly and severally negligent and such negligence was a proximate and/or producing cause of the incident and the resulting damages to Plaintiffs.

## G. CAUSES OF ACTION

### 1. TRANSOCEAN ENTITIES

Transocean was negligent as that term is known in Texas law by:

a.  Failing to provide a competent crew;

b.  Failing to properly supervise its employees;

c.  Failing to properly train and/or supervise Plaintiff and other employees;

d.  Failing to provide Plaintiff with a safe place to work, and requiring Plaintiff to work in unsafe conditions;

e.  Failing to provide sufficient personnel to perform operations aboard the vessel;

f.  Failing to properly follow drilling protocols and policies, proper well monitoring and control practices;

g.  Failing to exercise due care and caution;

h.  Failing to avoid this accident;

i.  Failing to provide Plaintiff Stephen Stone with a seaworthy vessel;

j.  Other acts of negligence which will be shown more fully at trial.

### 2. BP AND BP PRODUCTS

BP was negligent as that term is known in Texas law by:

a.  Failing to properly train and/or supervise its crew and other employees;

Certified Document Number: 45191007 - Page 5 of 12

b.     Failing to ensure that its crew worked in a safe and prudent manner;

c.     Failing to provide Plaintiff with a safe place to work, and requiring Plaintiff to work in unsafe conditions;

d.     Failing to exercise due care and caution;

e.     Failing to avoid this accident;

f.     Failing to provide Plaintiff Stephen Stone with a seaworthy vessel;

g.     Other acts of negligence which will be shown more fully at trial.

3.  **Halliburton**

Halliburton was negligent as that term is known in Texas law by:

a.     Failing to properly set cement plugs.

b.     Failing to maintain pressure during cement operation.

c.     Failing to use adequate material for cement services.

d.     Failing to follow industry protocol and procedures for setting cement plugs.

e.     Failing to prevent escape of gas or combustible hydrocarbons to the surface.

f.     Attempting to carry out drilling operations with substandard and defective cement casing.

3.  **MI Swaco**

MI Swaco was negligent as that term is known is Texas Law by:

a.     Failing to monitor pressures of wells.

b.     Failing to use adequate weight drilling fluid to prevent gas escape.

c.     Failing to follow industry protocol and procedure during plug completion

phases.

Certified Document Number: 45191007 - Page 6 of 12

Certified Document Number: 45191007 - Page 7 of 12

   d.    Use of sea water as weight and gas control medium during drilling and completion processes.

   e.    Attempting to carry out drilling operations with substandard and defective cement casing.

### 4.  Cameron International Corporation

Cameron International Corporation was negligent as that term is known in Texas Law by:

   a.    Failing to provide adequate subsea flow control devices;

   b.    Failing to properly engineer the subsea gas flow control devices.

   c.    Failing to properly install a subsea gas flow control devices.

   d.    Failing to properly monitor the subsea engineering and gas flow control devices.

   e.    Placing into the stream of commerce a defective blowout preventer which was unfit for the purpose for which it was intended.

### H. DAMAGES

16.    At all relevant times, Stephen Stone was in the course and scope of his employment with the Defendants. The actions and/or inactions of the Defendants, and/or its officers, agents and/or employees constitute negligence. The negligence of the Defendants was a proximate and/or producing cause of the Plaintiffs' damages.

17.    Defendants owed a duty to Stephen Stone to maintain the vessel in a seaworthy condition. However, Plaintiffs will show that the DEEPWATER HORIZON was unseaworthy and that said unseaworthiness was a proximate and/or producing cause of the incident and resulting damages.

18.    Defendants jointly and severally also owed a duty to Stephen Stone to provide a safe workplace in consideration of the processes being undertaken by Defendants at the time of the incident made the subject matter of this lawsuit. Defendants failed to do so. As a result of Defendants negligent acts and omissions, Plaintiff Stephen Stone suffered injuries for which he now sues.

## I. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

19.    Sara Stone is a person.  Defendants acted intentionally and/or recklessly to keep knowledge of her husband's condition from her for more than 24 hours following the incident.  Furthermore, they refused to allow her husband to contact her to let her know he was alive.  Under their own emergency policies and procedures one of the first orders of business for the Defendants was to determine the status of all employees aboard the vessel at the time of the explosion.

Although, several crewmembers were missing, Defendants should have quickly determined the whereabouts of many individuals on the vessel. They made an intentional decision to withhold this information from the families for an extended time period.  Defendants' conduct in withholding this basic information from the families of the seaman working on the rig at the time of the explosion was extreme and outrageous.  As a result of this conduct Sara Stone suffered severe and unnecessary emotional distress.

There is no alternative cause of action which would provide a remedy for the severe emotional distress caused by the defendants.

Certified Document Number: 45191007 - Page 8 of 12

## J. LOSS OF CONSORTIUM

20.    Plaintiff, Sara Stone, suffered as a result of the Defendants' negligent actions outlined below, loss of consortium, including but not limited to the mutual right of the husband and wife to the affection, solace, comfort, companionship, society, assistance, and sexual relations necessary to a successful marriage and has sustained extreme mental anguish in connection with the injuries to her husband. It is anticipated that she may require medical treatment and counseling in the future as a result of these occurrences.

## K. APPLICATION FOR TEMPORARY RESTRAINING ORDER AND APPLICATION TO INSPECT, FILM & PHOTOGRAPH

21.    Plaintiffs assert that Defendants may change, alter or destroy documents or physical evidence related to or involved in the incident made the basis of this lawsuit, or unless this Court enters a Temporary Restraining Order ("TRO") restraining Defendants from changing, altering, or destroying any tangible evidence related to the incident. In order for Plaintiffs to properly investigate and pursue their claims and recover their damages and see that justice is done, this Court should restrain Defendants TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO and their agents, corporate parents, servants, employees, contractors, independent contractors and other contract employees attorneys and those acting in

Certified Document Number: 45191007 - Page 9 of 12

concert with the foregoing Defendants from changing, altering and/or destroying and/or moving evidence of any kind.

## L. REQUEST FOR TEMPORARY INJUNCTION

22.    Plaintiffs ask the Court to set their application for temporary injunction for a hearing and, after the hearing, issue a temporary injunction against Defendants TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO.

## M. DEMAND FOR JURY

23.    Plaintiffs demand a jury trial and tender the appropriate fee with the filing of this Original Petition.

## N. CONDITIONS PRECEDENT

24.    All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred.

## O. REQUEST FOR DISCLOSURE

25.    Pursuant to Texas Rule of Civil Procedure 194, Plaintiffs request that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## P. NOTICE OF DEMAND FOR PRESERVATION OF ELECTRONICALLY STORED INFORMATION

26. Plaintiffs demand that ALL DEFENDANTS named in Plaintiffs Stephen Stone and Sara Stone's Petition in Intervention preserve all documents, tangible things and electronically stored information potentially relevant to the issues in this cause, in accordance with specific notice provisions as further set forth in the ADDENDUM attached to Plaintiffs' Petition in Intervention as if same was set forth herein for all purposes.

## Q. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that, after trial on the merits, Plaintiffs have judgment against Defendants both jointly and severally for the following:

   a.   a sum in excess of the minimum jurisdictional limits of this Honorable Court;
   b.   pre-judgment interest thereon a the maximum legal rate;
   c.   post-judgment interest thereon at the maximum legal rate;
   d.   costs of Court; and
   e.   such other and further relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

By: _____

BRENT W. COON
State Bar No. 04769750
ARTHUR J. GONZALEZ
State Bar No. 08124050
GARY M. RIEBSCHLAGER
State Bar No. 16902200
300 Fannin, Ste 200
Houston, Texas 77002
Telephone: 713.225.1682
Facsimile: 713.225.1785

**ATTORNEYS FOR PLAINTIFFS**



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:    45191007  (Total Pages 12)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT 30



CAUSE NO. 2010-25245

Certified Document Number: 45197598 - Page 1 of 2

**F I L E D**
Loren Jackson
District Clerk

**APR 3 0 2010**

Stone       §

v, Time: _____ §

By _____ Deputy

Harris County, Texas

§

**Transocean Offshore Deepwater**
**Drilling, Inc., et al.**       §

§       **IN THE DISTRICT COURT OF**

§

§       **HARRIS COUNTY, T E X A S**

§

§       **157ᵗʰ JUDICIAL DISTRICT**

## TEMPORARY RESTRAINING ORDER

The application of Plaintiffs for a temporary restraining order has been presented to me on this 30th day of April, 2010.

Defendants TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO are ORDERED:

(1)      to reasonably refrain and resist from any changing, alteration and/or destruction of any documents pertaining to the April 20, 2010, explosion, including all information stored, held or maintained in electronic format or via the internet.

(2)      to reasonably refrain and resist from any changing, alteration and/or destruction of any and all tools, instrumentalities, and/or devices which may have been used by workers, in any capacity, as well any work authorizations or other documents indicating status of work at the time of the event in question as well as any and all physical evidence of any kind in any way connected with the accident and/or accident scene in question.

This Order applies to TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO and their attorneys, agents, servants, and employees.

THE COURT RECOGNIZES THE ONGOING RESCUE, RECOVERY, WELL CONTROL, REMEDIAL AND INVESTIGATION EFFORTS. THIS ORDER DOES NOT RESTRICT THE DIRECTION OR ACTIVITIES OF ANY OF THE DEFENDANTS OR ANY LOCAL, STATE OR FEDERAL GOVERNMENTAL ENTITY OR AGENCY IN THEIR INVESTIGATION, RECOVERY, WELL CONTROL, REMEDIAL OR RESCUE EFFORTS.

It is ORDERED ADJUDGED, and DECREED that a hearing on the temporary injunction and application be, and it is hereby set for the ⸱11ᵗʰ day of May , 2010, at 9:00 o'clock, P.m..

This Temporary Restraining Order shall become effective immediately upon the posting of a bond in the amount of $100.00 DOLLARS or deposit of $100.00 DOLLARS with the Clerk of the Court.

It is ORDERED, ADJUDGED and DECREED that notice issue to the Defendants, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO, commanding them to appear and show cause, if any, why the Temporary Injunction to preserve and maintain all documents and tangible evidence pertaining to the April 20, 2010 explosion at the Deepwater Horizon, including all information stored, held or maintained in electronic format or via the internet as prayed for in Plaintiffs' Application should not be granted.

SIGNED on this 30ᵗʰ day of April , 2010.

_____
Judge Presiding



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:    45197598  (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

CAUSE NUMBER _2010-25245_

| | | |
|---|---|---|
| _Steve_ | § | **IN THE DISTRICT COURT OF** |
| **PETITIONER** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| VS. | § | |
| _Transocean Offshore Deepwater_ | § | _234th_ **JUDICIAL DISTRICT** |
| **RESPONDENT** | | |

**F I L E D**
Loren Jackson
District Clerk

APR 3 0 2010

Time: _4:30_
Harris County, Texas
By _ps_
Deputy

**CLERK'S CERTIFICATE OF CASH DEPOSIT IN LIEU
OF INJUNCTION BOND PER ORDER OF THE COURT**

THE STATE OF TEXAS §
COUNTY OF HARRIS   §

THIS DOCUMENT IS TO CERTIFY that I, the undersigned Clerk of the District Courts of Harris County, Texas have received a cash deposit, as ordered by the Court, in the amount of _One Hundred_ ___ Dollars ($_100.00_ ___), to be deposited with the Registry of the Court in lieu of a Temporary Restraining Order Bond or a Temporary Injunction Bond, as required by Rule 684, T.R.C.P. in the above styled and numbered cause as provided by the order entered on the __30th_ day of _April_ , 20__ .

This cash deposit is made and received in lieu of TEMPORARY RESTRAINING ORDER or TEMPORARY INJUCTION, conditioned that the applicant will abide the decision which may be made in the cause, and that he will pay all sums of money and costs that may be adjudged against him if the restraining order or temporary injunction shall be dissolved in whole or in part, and this certificate is issued to have the force and effect of a TEMPORARY RESTRAINING ORDER BOND OR A TEMPORARY INJUCTION BOND in accordance with the Order of the Court.

WITNESS my hand and seal of office this _30th_ day of _April_ A.D., 20_10_ .

Loren Jackson, District Clerk
Harris County, Texas
Po Box 4651
Houston, Texas 77210-4651

By: _B Stanfield_
Deputy District Clerk

Principal: _____

Attorney: _____

Bar Number: _08124050_

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Famintake\Post Bond          Created 3/2/04

CONFIRMED FILE DATE : 4/30/2010

Certified Document Number: 45209704 - Page 1 of 1



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:    45209704  (Total Pages 1)


LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

**F I L E D**

Loren Jackson
District Clerk

APR 3 0 2010

Time: _____

Harris County, Texas

By _____

CAUSE NO. 2010-25245

STEPHEN STONE & SARA STONE, §
Plaintiffs, §
§
v. §
§
§
TRANSOCEAN OFFSHORE §
DEEPWATER DRILLING, INC., DEEP §
WATER HORIZON, BP PRODUCTS §
NORTH AMERICA, INC., §
HALLIBURTON ENERGY SERVICES, §
CAMERON INTERNATIONAL §
CORPORATION D/B/A CAMERON §
SYSTEMS CORPORATION, and MI §
SWACO, §
Defendants,

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

234TH JUDICIAL DISTRICT

**ADDENDUM TO PLAINTIFFS STEPHEN STONE AND SARA STONE'S PETITION IN INTERVENTION**

**Demand for Preservation of Electronically Stored Information**

Plaintiffs demand that ALL DEFENDANTS named in Plaintiffs Stephen Stone and Sara Stone's Petition in Intervention preserve all documents, tangible things and electronically stored information potentially relevant to the issues in this cause.

As used in this document, "you" and "your" refers to TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO, and its predecessors, successors, parents, subsidiaries, divisions or affiliates, and their respective officers, directors, agents, attorneys, accountants, employees, partners or other persons occupying similar positions or performing similar functions.

You should anticipate that much of the information subject to disclosure or responsive to discovery in this matter is stored on your current and former computer systems and other media and devices (including personal digital assistants, voice-messaging systems, online repositories and cell phones).

Electronically stored information (hereinafter "ESI") should be afforded the broadest possible definition and includes (by way of example and not as an

ADDENDUM TO PLAINTIFFS STEPHEN STONE AND SARA STONE'S
PETITION IN INTERVENTION
1

Certified Document Number: 45191008 - Page 1 of 8

CONFIRMED FILE DATE: 4/30/2010

exclusive list) potentially relevant information electronically, magnetically or optically stored as:

- Digital communications (e.g., e-mail, voice mail, instant messaging);
- Word processed documents (e.g., Word or WordPerfect documents and drafts);
- Spreadsheets and tables (e.g., Excel or Lotus 123 worksheets);
- Accounting Application Data (e.g., QuickBooks, Money, Peachtree data files);
- Image and Facsimile Files (e.g., .PDF, .TIFF, .JPG, .GIF images);
- Sound Recordings (e.g., .WAV and .MP3 files);
- Video and Animation (e.g., .AVI and .MOV files);
- Databases (e.g., Access, Oracle, SQL Server data, SAP);
- Contact and Relationship Management Data (e.g., Outlook, ACT!);
- Calendar and Diary Application Data (e.g., Outlook PST, Yahoo, blog tools);
- Online Access Data (e.g., Temporary Internet Files, History, Cookies);
- Presentations (e.g., PowerPoint, Corel Presentations)
- Network Access and Server Activity Logs;
- Project Management Application Data;
- Computer Aided Design/Drawing Files; and,
- Back Up and Archival Files (e.g., Zip, .GHO)

ESI resides not only in areas of electronic, magnetic and optical storage media reasonably accessible to you, but also in areas you may deem *not* reasonably accessible. You are obliged to *preserve* potentially relevant evidence from *both* these sources of ESI, even if you do not anticipate *producing* such ESI.

The demand that you preserve both accessible and inaccessible ESI is reasonable and necessary. Pursuant to amendments to the Federal Rules of Civil Procedure that have been approved by the United States Supreme Court (eff. 12/1/06), in addition to specfic requirement of TRCP 192.3 (b) and TRCP 196.4 and TRCP 193.3 (a), after the data and information sought is discoverable and you must identify all sources of ESI you decline to produce and demonstrate to the court why such sources are not reasonably accessible. For good cause shown, the court may then order production of the ESI, even if it finds that it is not reasonably accessible. Accordingly, even ESI that you deem reasonably inaccessible *must be preserved in the interim* so as not to deprive the plaintiffs of their right to secure the evidence or the Court of its right to adjudicate the issue.

**Preservation Requires Immediate Intervention**

You must act immediately to preserve potentially relevant ESI including, without limitation, information with the *earlier* of a Created or Last Modified date on or after April 20, 2005, through the date of this demand and concerning:

1. The events and causes of action described in this Petition in Intervention;
2. ESI you may use to support claims or defenses in this case;

ADDENDUM TO PLAINTIFFS STEPHEN STONE AND SARA STONE'S
PETITION IN INTERVENTION                                                                 2

Certified Document Number: 45191008 - Page 2 of 8

3. Safety and environmental matters;
4. Contractual and indemnity agreements between the parties; and
5. All ESI in the actual and constructive possession of any and all Defendants, including their agents and representatives in whatever form and which data is relevant to the issues and events made the subject matter of this litigation.

Adequate preservation of ESI requires more than simply refraining from efforts to destroy or dispose of such evidence. You must also intervene to prevent loss due to routine operations and employ proper techniques and protocols suited to protection of ESI. *Be advised that sources of ESI are altered and erased by continued use of your computers and other devices.*

Booting a drive, examining its contents or running any application will irretrievably alter the evidence it contains and may constitute unlawful spoliation of evidence. Consequently, alteration and erasure may result from your failure to act diligently and responsibly to prevent loss or corruption of ESI.

*Nothing in this demand for preservation of ESI should be understood to diminish your concurrent obligation to preserve document, tangible things and other potentially relevant evidence.*

**Suspension of Routine Destruction**

You are directed to immediately initiate a litigation hold for potentially relevant ESI, documents and tangible things, and to act diligently and in good faith to secure and audit compliance with such litigation hold. You are further directed to immediately identify and modify or suspend features of your information systems and devices that, in routine operation, operate to cause the loss of potentially relevant ESI. Examples of such features and operations include:

• Purging the contents of e-mail repositories by age, capacity or other criteria;
• Using data or media wiping, disposal, erasure or encryption utilities or devices;
• Overwriting, erasing, destroying or discarding back up media;
• Re-assigning, re-imaging or disposing of systems, servers, devices or media;
• Running antivirus or other programs effecting wholesale metadata alteration;
• Releasing or purging online storage repositories;
• Using metadata stripper utilities;
• Disabling server or IM logging; and,
• Executing drive or file defragmentation or compression programs.

### Guard Against Deletion

You should anticipate that your employees, officers or others may seek to hide, destroy or alter ESI and act to prevent or guard against such actions.  Especially where company machines have been used for Internet access or personal communications, you should anticipate that users may seek to delete or destroy information they regard as personal, confidential or embarrassing and, in so doing, may also delete or destroy potentially relevant ESI.  This concern is not one unique to you or your employees and officers.  It's simply an event that occurs with such regularity in electronic discovery efforts that any custodian of ESI and their counsel are obliged to anticipate and guard against its occurrence.

### Preservation by Imaging

You should take affirmative steps to prevent anyone with access to your data, systems and archives from seeking to modify, destroy or hide electronic evidence on network or local hard drives (such as by deleting or overwriting files, using data shredding and overwriting applications, defragmentation, re-imaging or replacing drives, encryption, compression, steganography or the like).  With respect to local hard drives, one way to protect existing data on local hard drives is by the creation and authentication of a forensically qualified image of all sectors of the drive.  Such a forensically qualified duplicate may also be called a bit stream image or clone of the drive.  Be advised that a conventional back up of a hard drive is not a forensically qualified image because it only captures active, unlocked data files and fails to preserve forensically significant data that may exist in such areas as unallocated space, slack space and the swap file.

With respect to the hard drives and storage devices of each of the persons named below and of each person acting in the capacity or holding the job title named below, as well as each other person likely to have information pertaining to the instant action on their computer hard drive(s), demand is made that you immediately obtain, authenticate and preserve forensically qualified images of the hard drives in any computer system (including portable and home computers) used by any and all persons having actual or constructive possession of any and all data and information in whatever form, and which data is relevant to the issues and events made the subject matter of this litigation, as well as recording and preserving the system time and date of each such computer.

Once obtained, each such forensically qualified image should be labeled to identify the date of acquisition, the person or entity acquiring the image and the system and medium from which it was obtained.  Each such image should be preserved without alteration.

Certified Document Number: 45191008 - Page 4 of 8

## Preservation in Native Form

You should anticipate that certain ESI, including but not limited to spreadsheets and databases, will be sought in the form or forms in which it is ordinarily maintained. Accordingly, you should preserve ESI in such native forms, and you should not select methods to preserve ESI that remove or degrade the ability to search your ESI by electronic means or make it difficult or burdensome to access or use the information efficiently in the litigation.

You should additionally refrain from actions that shift ESI from reasonably accessible media and forms to less accessible media and forms if the effect of such actions is to make such ESI not reasonably accessible.

### Metadata

You should further anticipate the need to disclose and produce system and application metadata and act to preserve it. System metadata is information describing the history and characteristics of other ESI. This information is typically associated with tracking or managing an electronic file and often includes data reflecting a file's name, size, custodian, location and dates of creation and last modification or access. Application metadata is information automatically included or embedded in electronic files but which may not be apparent to a user, including deleted content, draft language, commentary, collaboration and distribution data and dates of creation and printing. Be advised that metadata may be overwritten or corrupted by careless handling or improper steps to preserve ESI. For electronic mail, metadata includes all header routing data and Base 64 encoded attachment data, in addition to the To, From, Subject, Received Date, CC and BCC fields.

### Servers

With respect to servers like those used to manage electronic mail (e.g., Microsoft Exchange, Lotus Domino) or network storage (often called a user's "network share"), the complete contents of each user's network share and e-mail account should be preserved. There are several ways to preserve the contents of a server depending upon, e.g., its RAID configuration and whether it can be downed or must be online 24/7. If you question whether the preservation method you pursue is one that we will accept as sufficient, please call to discuss it.

Certified Document Number: 45191008 - Page 5 of 8

### Home Systems, Laptops, Online Accounts and Other ESI Venues

Though we expect that you will act swiftly to preserve data on office workstations and servers, you should also determine if any home or portable systems may contain potentially relevant data. To the extent that officers, board members or employees have sent or received potentially relevant e-mails or created or reviewed potentially relevant documents away from the office, you must preserve the contents of systems, devices and media used for these purposes (including not only potentially relevant data from portable and home computers, but also from portable thumb drives, CD-R disks and the user's PDA, smart phone, voice mailbox or other forms of ESI storage.). Similarly, if employees, officers or board members used online or browser-based e-mail accounts or services (such as AOL, Gmail, Yahoo Mail or the like) to send or receive potentially relevant messages and attachments, the contents of these account mailboxes (including Sent, Deleted and Archived Message folders) should be preserved.

### Ancillary Preservation

You must preserve documents and other tangible items that may be required to access, interpret or search potentially relevant ESI, including logs, control sheets, specifications, indices, naming protocols, file lists, network diagrams, flow charts, instruction sheets, data entry forms, abbreviation keys, user ID and password rosters or the like.

You must preserve any passwords, keys or other authenticators required to access encrypted files or run applications, along with the installation disks, user manuals and license keys for applications required to access the ESI.

You must preserve any cabling, drivers and hardware, other than a standard 3.5" floppy disk drive or standard CD or DVD optical disk drive, if needed to access or interpret media on which ESI is stored. This includes tape drives, bar code readers, Zip drives and other legacy or proprietary devices.

### Paper Preservation of ESI is Inadequate

*As hard copies do not preserve electronic searchability or metadata, they are not an adequate substitute for, or cumulative of, electronically stored versions. If information exists in both electronic and paper forms, you should preserve both forms.*

Certified Document Number: 45191008 - Page 6 of 8

**Agents, Attorneys and Third Parties**

Your preservation obligation extends beyond ESI in your care, possession or custody and includes ESI in the custody of others that is subject to your direction or control. Accordingly, you must notify any current or former agent, attorney, employee, custodian or contractor in possession of potentially relevant ESI to preserve such ESI to the full extent of your obligation to do so, and you must take reasonable steps to secure their compliance.

**System Sequestration or Forensically Sound Imaging**

We suggest that, with respect to Defendants TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO, having persons, agents, or representatives with actual or constructive possession of any and all data and information in whatever form and which data is relevant to the issues and events made the subject matter of this litigation, that removing their ESI systems, media and devices from service and properly sequestering and protecting them may be an appropriate and cost-effective preservation step.

In the event you deem it impractical to sequester systems, media and devices, we believe that the breadth of preservation required, coupled with the modest number of systems implicated, dictates that forensically sound imaging of the systems, media and devices is expedient and cost effective. As we anticipate the need for forensic examination of one or more of the systems and the presence of relevant evidence in forensically accessible areas of the drives, we demand that you employ forensically sound ESI preservation methods. Failure to use such methods poses a significant threat of spoliation and data loss.

By "forensically sound," we mean duplication, for purposes of preservation, of all data stored on the evidence media while employing a proper chain of custody and using tools and methods that make no changes to the evidence and support authentication of the duplicate as a true and complete bit-for-bit image of the original. A forensically sound preservation method guards against changes to metadata evidence and preserves all parts of the electronic evidence, including in the so-called "unallocated clusters," holding deleted files.

**Preservation Protocols**

We are desirous of working with you to agree upon an acceptable protocol for forensically sound reservation and can supply a suitable protocol, if you will furnish an inventory of the systems and media to be preserved. Else, if you will promptly disclose the preservation protocol you intend to employ, perhaps we

Certified Document Number: 45191008 - Page 7 of 8

can identify any points of disagreement and resolve them. A successful and compliant ESI preservation effort requires expertise. If you do not currently have such expertise at your disposal, we urge you to engage the services of an expert in electronic evidence and computer forensics. Perhaps our respective experts can work cooperatively to secure a balance between evidence preservation and burden that's fair to both sides and acceptable to the Court.

**Do Not Delay Preservation**

I'm available to discuss reasonable preservation steps; however, *you should not defer preservation steps pending such discussions if ESI may be lost or corrupted as a consequence of delay.* Should your failure to preserve potentially relevant evidence result in the corruption, loss or delay in production of evidence to which we are entitled, such failure would constitute spoliation of evidence, and we will not hesitate to seek sanctions.

**Confirmation of Compliance**

Please confirm by no later than June 1, 2010, that you have taken the steps outlined in this letter to preserve ESI and tangible documents potentially relevant to this action. If you have not undertaken the steps outlined above, or have taken other actions, please describe what you have done to preserve potentially relevant evidence.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

By: _____
BRENT W. COON
State Bar No. 04769750
ARTHUR J. GONZALEZ
State Bar No. 08124050
GARY M. RIEBSCHLAGER
State Bar No. 16902200
300 Fannin, Ste 200
Houston, Texas 77002
Telephone: 713.225.1682
Facsimile: 713.225.1785

**ATTORNEYS FOR PLAINTIFFS**

Certified Document Number: 45191008 - Page 8 of 8



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ____45191008__ (Total Pages 8)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# EXHIBIT 31

CONFIRMED FILE DATE: 4/30/2010

RECEIPT NUMBER ___401686___ . ___9.00___
TRACKING NUMBER ___72527363___ .ATY

**CAUSE NUMBER** ___201025245___

| | |
|---|---|
| **PLAINTIFF:** KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | **In The** 234th |
| vs. | **Judicial District Court of** |
| **DEFENDANT:** TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | **Harris County, Texas** |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: BP PRODUCTS NORTH AMERICAN INC (MARYLAND CORPORATION) BY SERVING ITS
REGISTERED AGENT PRENTICE HALL CORP SYSTEM

211 E 7TH STREET SUITE 620  AUSTIN TX 78701

Attached is a copy of ___PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST FOR___
___DISCLOSURE___.

This instrument was filed on the ___22nd___ day of ___April___ , 20 _10_ , in the
above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

   **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___23rd___ day of
___April___ , 20 _10_.

Issued at request of:
ELIAS, RAYMON TOLD
5821 SW FRWY STE422
HOUSTON, TX 77057
Tel: (713) 668-9999
Bar Number:    787427

**LOREN JACKSON, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

**Generated by:** CUERO, NELSON   7MM/YSW/8689450

---

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____ , 20_____ , at _____ o'clock ____.M., endorsed

the date of delivery thereon, and executed it at _____ , _____ ,
                                                         (street address)                          (city)

in _____ County, Texas on the _____ day of _____ , 20_____ , at _____ o'clock ___. M.,

by delivering to _____ , by delivering to its
                          (the defendant corporation named in citation)

_____ , in person, whose  name is _____ ,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                     (description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____
                                           (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____ , 20_____ .

FEE: $ _____              By: _____
                                           (signature of officer)

                             Printed Name: _____

                             As Deputy for: _____
                                                   (printed name & title of sheriff or constable)

Affiant Other Than Officer _____

On this day, _____ , known to me to be the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , 20 _____

                                           _____
                                                      Notary Public

N.INT.CITC.P

Certified Document Number: 45210338 - Page 1 of 2

# 234th District Court of HARRIS County, Texas
201 CAROLINE, 13TH FL HOUSTON TX 77002

## Case #: 201025245

**KLEPPINGER, TRACY**

*Plaintiff*
**vs**
**TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC**

*Defendant*

### AFFIDAVIT OF SERVICE
*(Private Process)*

I, Terry L Hendrick, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 04/27/10 10:00 am, instructing for same to be delivered upon Bp
Products North America, Inc By Delivering To Its Registered Agent, Prentice Hall
Corporation Service Company By Delivering To Susan Vertrees.

That I delivered to     : **Bp Products North America, Inc By Delivering To Its Registered
                          Agent, Prentice Hall Corporation Service Company By Delivering To
                          Susan Vertrees**

the following           : **CITATION; PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST
                          FOR DICLOSURE**

at this address         : **211 E 7th Street Ste 620
                          Austin TX 78701**

Manner of Delivery      : **by PERSONALLY delivering the document(s) to the person above.**

Date and time           : **April 27, 2010 10:34 am**

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true and correct.
EXECUTED BY:

_4/27/10_ _____          _____
**Date**                                    **Terry L Hendrick**
                                            Texas Certification#: SCH-3774

On this day Terry L Hendrick appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this _24_ day of _April_ 20_10_ .



NOTARY PUBLIC FOR THE STATE OF TEXAS

PCP Inv. #Z00400319
Private Process Server
Professional Civil Process Downtown
2211 IH 35 South #203 Austin TX 78741
(512) 477-3501

                        + Service Fee:  90.00
                          Witness Fee:    .00
                          Mileage Fee:    .00

AX02Z00400319
terryh                                      Elias, R. Todd

Certified Document Number: 45210338 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ___45210338__ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 4/30/2010

RECEIPT NUMBER   401686      .   9.00
TRACKING NUMBER   72527363      ATY

**CAUSE NUMBER**   201025245

| PLAINTIFF: KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT | **In The**   234th |
| vs. | **Judicial District Court of** |
| DEFENDANT:   TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC | **Harris County, Texas** |

CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: BP PRODUCTS NORTH AMERICAN INC (MARYLAND CORPORATION) BY SERVING ITS
  REGISTERED AGENT PRENTICE HALL CORP SYSTEM

  211 E 7TH STREET SUITE 620  AUSTIN TX 78701

Attached is a copy of ___PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST FOR
DISCLOSURE___.

This instrument was filed on the _____22nd____ day of _____April_____, 20 _10_, in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this __23rd__ day of
_____April_____, 20 _10_.

Issued at request of:
ELIAS, RAYMON TOLD
5821 SW FRWY STE422
HOUSTON, TX 77057
Tel: (713) 668-9999
Bar Number:   787427

**LOREN JACKSON, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: CUERO, NELSON   7MM/YSW/8689450

---

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20_____, at_____ o'clock ____.M., endorsed
the date of delivery thereon, and executed it at _____, _____,
                                                                  (street address)                          (city)

in _____ County, Texas on the _____ day of _____, 20_____, at_____ o'clock ___. M.,
by delivering to _____, by delivering to its
                              (the defendant corporation named in citation)

_____, in person, whose  name is _____.
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                                 (description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____.
                                                   (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____                              By: _____
                                                                          (signature of officer)

                                                    Printed Name: _____

                                                    As Deputy for: _____
_____                              (printed name & title of sheriff or constable)
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____.

_____
Notary Public

N.INT.CITC.P

Certified Document Number: 45210338 - Page 1 of 2

# 234th District Court of HARRIS County, Texas
201 CAROLINE, 13TH FL HOUSTON TX 77002

## Case #: 201025245

**KLEPPINGER, TRACY**

*Plaintiff*

**vs**

**TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC**

*Defendant*

### AFFIDAVIT OF SERVICE
*(Private Process)*

I, Terry L Hendrick, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 04/27/10 10:00 am, instructing for same to be delivered upon Bp
Products North America, Inc By Delivering To Its Registered Agent, Prentice Hall
Corporation Service Company By Delivering To Susan Vertrees.

That I delivered to        : **Bp Products North America, Inc By Delivering To Its Registered
                             Agent, Prentice Hall Corporation Service Company By Delivering To
                             Susan Vertrees**

the following              : **CITATION; PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST
                             FOR DICLOSURE**

at this address            : **211 E 7th Street Ste 620
                             Austin TX 78701**

Manner of Delivery         : **by PERSONALLY delivering the document(s) to the person above.**

Date and time              : **April 27, 2010 10:34 am**

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true and correct.
EXECUTED BY:

4/27/10
_____
Date

_____
Terry L Hendrick
Texas Certification#: SCH-3774

On this day Terry L Hendrick appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this 24 day of April 2010 .

PCP Inv. #Z00400319
Private Process Server
Professional Civil Process Downtown
2211 IH 35 South #203 Austin TX 78741
(512) 477-3501

NOTARY PUBLIC FOR THE STATE OF TEXAS

AMY KEENEY
Notary Public, State of Texas
My Commission Expires
August 30, 2010

+ Service Fee:    90.00
  Witness Fee:      .00
  Mileage Fee:      .00

terryh                                          Elias, R. Todd

AX02Z00400319

Certified Document Number: 45210338 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number: ___45210338__ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT 32

RECEIPT NUMBER ___401686___ . . . _0.00_
TRACKING NUMBER __72527360__ . . . _ATY_

*p2*

**CAUSE NUMBER** __201025245__

CONFIRMED FILE DATE: 4/29/2010

**PLAINTIFF:** KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT
vs.
**DEFENDANT:** TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC

In The  234th
**Judicial District Court of
Harris County, Texas**

### CITATION CORPORATE

**THE STATE OF TEXAS
County of Harris**

PROCESS SERVED
AFFIDAVIT ATTACHED

TO: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC (CORPORATION) MAY BE SERVED
    ITS REGISTERED AGENT ERIC B BROWN

    4 GREENWAY PLAZA  HOUSTON TX 77046

Attached is a copy of  PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST FOR
DISCLOSURE

This instrument was filed on the ___22nd___ day of ___April___, 20 _10_, in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __23rd__ day of
____April____, 20 _10_.

**LOREN JACKSON, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
ELIAS, RAYMON TODD
5821 SW FRWY STE422
HOUSTON, TX 77057
Tel: (713) 668-9999
Bar Number:   787427

Generated by: CUERO, NELSON   7MM/YSW/8689450

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at_____ o'clock ____.M., endorsed
the date of delivery thereon, and executed it at _____, _____,
                                                                (street address)                              (city)
in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ____. M.,
by delivering to _____, by delivering to its
                          (the defendant corporation named in citation)
_____, in person, whose name is _____,
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the _____ Petition attached,
                                                        (description of petition, e.g., "Plaintiffs Original")
and with accompanying copies of _____.
                                              (additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.
FEE: $ _____   By: _____
                                              (signature of officer)
Printed Name: _____

**FILED**
Loren Jackson
District Clerk
APR 2 9 2010
Time: _____
Harris County, Texas
Deputy

As Deputy for: _____
                          (printed name & title of sheriff or constable)

Affiant Other Than Officer _____

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____.

_____
Notary Public

N.INT.CITC.P

Certified Document Number: 45192944 - Page 1 of 2

## 234th District Court of HARRIS County, Texas
201 CAROLINE, 13TH FL HOUSTON TX 77002

Case #: 201025245

TRACY KLEPPINGER, ET AL

Plaintiff
vs
TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC

Defendant

### AFFIDAVIT OF SERVICE
(Private Process)

I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 04/26/10 11:12 am, instructing for same to be delivered upon
Transocean Offshore Deepwater Drilling, Inc., (Corporation) By Delivery To Eric B.
Brown, Its Registered Agent.

That I delivered to     : Transocean Offshore Deepwater Drilling, Inc., (Corporation) By
                          Delivery To Eric B. Brown, Its Registered Agent

the following           : CITATION; PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST
                          FOR DISCLOSURE

at this address         : 4 Greenway Plaza
                          Houston TX 77046

Manner of Delivery      : by PERSONALLY delivering the document(s) to the person above.

Date and time           : April 26, 2010 10:20 am

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true and correct.
EXECUTED BY:

_4-26-10_
Date

Christopher G Sampa
Texas Certification#: SCH-1088

On this day Christopher G Sampa appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this ___ day of _____ 2___.

NOTARY PUBLIC FOR THE STATE OF TEXAS

S. GONZALEZ
Notary Public, State of Texas
My Commission Expires
August 29, 2012

PCP Inv. #H00401454
Private Process Server
Professional Civil Process Houston
1500 McGowen Ste. 140 Houston TX 77004
(713) 227-5858

AX02-H00401454

reneap

+ Service Fee:   90.00
  Witness Fee:     .00
  Mileage Fee:     .00

Elias, R. Todd

Certified Document Number: 4519294 4 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:  ___45192944__ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

RECEIPT NUMBER ___401686___ _____0.00_

TRACKING NUMBER ___72527360___ ___ATY

*p2*

CAUSE NUMBER ___201025245___

PLAINTIFF: KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT    In The  234th
vs.                                            Judicial District Court of
DEFENDANT: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC    Harris County, Texas

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

PROCESS SERVED
AFFIDAVIT ATTACHED

TO: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC A CORPORATION BY SERVING
    ITS REGISTERED AGENT ERIC B BROWN

    4 GREENWAY PLAZA  HOUSTON TX 77046

Attached is a copy of ___PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST FOR
DISCLOSURE___

This instrument was filed on the ____22nd____ day of ____April_____, 20 __10__ in the
above cited cause number and court. The instrument attached describes the claim against you.

    **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

    This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___23rd___ day of
____April_____, 20 _10_.

Issued at request of:
ELIAS, RAYMON TODD
5821 SW FRWY STE422
HOUSTON, TX 77057
Tel: (713) 668-9999
Bar Number:  787427

LOREN JACKSON, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: CUERO, NELSON   7MM/YSW/8689450

*(Seal: DISTRICT COURT OF HARRIS COUNTY TEXAS)*

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at _____ o'clock ___.M., endorsed
the date of delivery thereon, and executed it at _____, _____,
                                       (street address)                     (city)
in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ___.M.,
by delivering to _____, by delivering to its
                   (the defendant corporation named in citation)
_____, in person, whose name is _____,
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the _____ Petition attached,
                                 (description of petition, e.g., "Plaintiffs Original")
and with accompanying copies of _____
                             (additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20___.

**FILED**
Loren Jackson
District Clerk

APR 29 2010

Harris County, Texas

Time: _____

Deputy

FEE: $ _____    By: _____
                               (signature of officer)
                   Printed Name: _____
                   As Deputy for: _____,
Affiant Other Than Officer                            (printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____.

_____
                    Notary Public

N.INT.CITC.P

CONFIRMED FILE DATE: 4/29/2010

Certified Document Number: 45192944 - Page 1 of 2

## 234th District Court of HARRIS County, Texas
201 CAROLINE, 13TH FL HOUSTON TX 77002

Case #: 201025245

TRACY KLEPPINGER, ET AL

Plaintiff
vs
TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC

Defendant

### AFFIDAVIT OF SERVICE
*(Private Process)*

I, Christopher G Sampa, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.  That I received the documents
stated below on 04/26/10 11:12 am, instructing for same to be delivered upon
Transocean Offshore Deepwater Drilling, Inc., (Corporation) By Delivery To Eric B.
Brown, Its Registered Agent.

That I delivered to     : Transocean Offshore Deepwater Drilling, Inc., (Corporation) By
                          Delivery To Eric B. Brown, Its Registered Agent

the following           : CITATION; PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST
                          FOR DISCLOSURE

at this address         : 4 Greenway Plaza
                          Houston TX 77046

Manner of Delivery      : by PERSONALLY delivering the document(s) to the person above.

Date and time           : April 26, 2010 10:20 am

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true and correct.
EXECUTED BY:

_4-26-10_
Date

Christopher G Sampa
Texas Certification#: SCH-1088

On this day Christopher G Sampa appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this ___ day of ___, 2___.

NOTARY PUBLIC FOR THE STATE OF TEXAS

S. GONZALEZ
Notary Public, State of Texas
My Commission Expires
August 29, 2012

PCP Inv. #H00401454
Private Process Server
Professional Civil Process Houston
1500 McGowen Ste. 140 Houston TX 77004
(713) 227-5858

AX02400401454

+ Service Fee:  90.00
  Witness Fee:   .00
  Mileage Fee:   .00

reneap                                          Elias, R. Todd

Certified Document Number: 4519294A - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ May 21, 2010 _____

Certified Document Number:  45192944  (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

EXHIBIT 33

CAUSE NO. 2010-25245

| | | |
|---|---|---|
| TRACY KLEPPINGER, Individually | § | IN THE DISTRICT COURT OF |
| And as Representative of the Estate of | § | |
| KARL KLEPPINGER, JR. and as next | § | |
| Friend of AARON THOMAS | § | |
| KLEPPINGER, a minor child, | § | |
| | § | |
| Plaintifs, | § | |
| | § | |
| STEPHEN STONE and SARA STONE, | § | HARRIS COUNTY, TEXAS |
| BRENT MANSFIELD, CHRISTOPHER | § | |
| CHOY, BILL FRANCIS, TYRONE BENTON, | § | |
| CARLOS RAMOS, DOUGLAS HAROLD | § | |
| BROWN, and DOMINIQUE USSIN | § | |
| | § | |
| Intervenors, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANSOCEAN OFFSHORE | § | |
| DEEPWATER DRILLING, INC., ET AL. | § | 234TH JUDICIAL DISTRICT |

## ORIGINAL ANSWER

Defendant Cameron International Corporation d/b/a Cameron Systems, Corporation ("Cameron") files this its Original Answer and in support thereof would respectfully show unto the Court as follows:

### I.
### GENERAL DENIAL

1.    Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Cameron denies each and every, all and singular, of the allegations asserted by Plaintiffs and all Intervenors and demands strict proof thereof.

## II.
## FURTHER MATTERS

2.      Cameron reserves the right to amend its answer as permitted by the Texas Rules

of Civil Procedure.


Dated: May 24, 2010                      RESPECTFULLY SUBMITTED,

                                         BECK, REDDEN & SECREST, L.L.P.

                                         David J. Beck
                                         Federal Bar No. 919
                                         State Bar No.  00000070
                                         Joe W. Redden, Jr.
                                         Federal Bar No.  2139
                                         State Bar No. 16660600
                                         David W. Jones
                                         Federal Bar No.
                                         State Bar No. 00790980
                                         1221 McKinney Street, Suite 4500
                                         Houston, Texas  77010-2029
                                         Telephone:  713-951-3700
                                         Facsimile:  713-951-3720

                                         **ATTORNEY FOR DEFENDANT
                                         CAMERON INTERNATIONAL
                                         CORPORATION, F/K/A COOPER-
                                         CAMERON CORPORATION**


## CERTIFICATE OF SERVICE

        I certify that a true and correct copy of this document was served in compliance with the
Texas Rules of Civil Procedure on all counsel of record on 24th day of May, 2010:

                                         Joe W. Redden, Jr.



STATE OF TEXAS
COUNTY OF HARRIS

I, Loren Jackson, District Clerk of Harris County, Texas, certify that
this is a true and correct copy of the original record filed and or recorded
in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this      **MAY 2 4 2010**

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS
_____ Deputy

EXHIBIT 2

Harris County Docket Sheet

# 2010-25245

**COURT:** 234th
**FILED DATE:** 4/22/2010
**CASE TYPE:** PERSONAL INJURY (NON-AUTO)



### KLEPPINGER, TRACY (INDIVIDUALLY AND AS REPRESENTAT

**Attorney: ELIAS, RAYMON TODD**

**vs.**

### TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 4/30/2010 | TRORX - ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER |
| 4/30/2010 | STBNX - ORDER SETTING BOND SIGNED |
| 4/30/2010 | CASO - ORDER SIGNED SETTING HEARING |
| 5/7/2010 | 162P - NONSUIT/DISMISSAL, PARTIAL (RULE 162) |
| 5/7/2010 | 162P - NONSUIT/DISMISSAL, PARTIAL (RULE 162) |
| 5/11/2010 | XTROX - ORDER EXTENDING TEMPORARY RESTRAINING ORDER SIGNED |
| 5/11/2010 | CASO - ORDER SIGNED SETTING HEARING |
| 5/18/2010 | Status Conference re: Federal Stay. |