UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG        MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010     SECTION:   J

                                                            JUDGE BARBIER

                                                            MAGISTRATE JUDGE SHUSHAN

THIS DOCUMENT RELATES TO:
2:10-cv-03168

**PLAINTIFFS' NOTICE OF VOLUNTARILY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41a(1) AS TO CERTAIN DEFENDANTS**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin voluntarily dismiss, without prejudice, claims against Defendants BP Exploration & Production , Inc., BP America Production Company, BP p.l.c., Anadarko E & P Company, LP, Anadarko Petroleum Corporation Co., MOEX Offshore 2007 LLC, MOEX USA, Weatherford U.S. L.P., Weatherford International, Inc. and Dril-Quip, Inc. in the above-captioned matter.

Plaintiffs are not dismissing their claims against Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, Triton Hungary Asset Management Limited Liability Company, Halliburton Energy Services, Inc., M-I, LLC, Art Catering, Inc., and Cameron International Corporation d/k/a Cooper-Cameron Corporation.

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

/s/ *R. Todd Elias*

_____

| | |
|---|---|
| R. Todd Elias | |
| Federal: | 21551 |
| Texas Bar No.: | 00787427 |
| Steve Gordon | |
| Texas Bar No. : | 08207980 |
| Jeff Seely | |
| Texas Bar No.: | 24033172 |
| 1811 Bering Drive, Suite 300 | |
| Houston, Texas  77057 | |
| Telephone: | 713-668-9999 |
| Facsimile: | 713-668-1980 |

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Amended Complaint will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 22nd day of March, 2011.

/s/ *R. Todd Elias*

_____

R. Todd Elias