# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG § <br> "DEEPWATER HORIZON" in the § <br> GULF OF MEXICO, on § <br> APRIL 20, 2010 § <br> § <br> This Document Relates to § <br> Case No. : 13-6011 – CJB-SS § <br> Also applies to: 2:10- cv- 03168 § <br> (Stephen Stone) § | C.A. NO.  2:10-mdl-02179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

*********************************************************************

### ORDER OF DISMISSAL OF CLAIMS OF STEPHEN AND SARA STONE

CONSIDERING the Agreed Motion to Dismiss with Prejudice the claims of Stephen and Sara Stone,

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice the claims of Stephen and Sara Stone, is GRANTED and the claims asserted or which could have been asserted in this case on behalf of Plaintiffs, Stephen and Sara Stone, each individually, are hereby dismissed, with prejudice.  Each party is to bear their own respective costs.

New Orleans, Louisiana this 27th day of April, 2015.

_____
U.S. DISTRICT JUDGE CARL J. BARBIER